UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ARROYO, on behalf of Himself and all others similarly situated, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 219-cv-05317-JHS |
| ASPEN CONSTRUCTION SERVICES, INC. and KRZYSZTOF KACZMARCZYK, | : |
| Defendants. | : |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2020, upon Plaintiff's Motion for Conditional Certification and Facilitation of Court Authored Notice, and Defendant's response in opposition, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED WITH PREJUDICE.**

BY THE COURT:

_____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ARROYO, on behalf of Himself and all others similarly situated, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 219-cv-05317-JHS |
| ASPEN CONSTRUCTION SERVICES, INC. and KRZYSZTOF KACZMARCZYK, | : |
| Defendants. | : |

**DEFENDANTS, ASPEN CONSTRUCTION SERVICES, INC.
AND KRIS KACZMARCZYK'S, BRIEF IN OPPOSITION TO PLAINTIFF'S
MOTION FOR CONDITIONAL CERTIFICATION AND FACILITATION
OF COURT-AUTHORED NOTICE PURSUANT TO 29 U.S.C. §216, WITH
<u>MEMORANDUM OF LAW IN SUPPORT</u>**

## I.  INTRODUCTION

The instant matter is a purported collective action lawsuit alleging a necessity to enforce the overtime provisions pursuant to the Fair Labor Standards Act ("FLSA").  Plaintiff William Arroyo relies solely on two sources to support his claims that this lawsuit should proceed as a collective action pursuant to 29 U.S.C. §216(b):  (1) his overbroad, vague and undocumented Civil Action Complaint; and (2) his self-serving, generalized Declaration which is the lone such Declaration offered as a proof of the alleged claims.  It is notable that Plaintiff's counsel has obtained thousands of pages of Defendants' documents, including payment records, in a separate lawsuit captioned as <u>Greg Walczak v. Aspen Construction Services, Inc. and Kris Kaczmarczyk</u>, Case No. 18-2471. which is pending before Judge Slomsky. Those records include the timeframe for Plaintiff's employment. Yet, Plaintiff relies on nothing more than a few "receipts" which are,

at best, vague and ambiguous as to the claims herein and are not even discussed in the Complaint or Declaration.

In sum, Plaintiff alleges that Defendant Krzysztof Kaczmarczyk, in his capacity as owner of Aspen Construction Services, LLC, operated a construction company that provided masonry work on various projects; that Plaintiff was one such mason/laborer who worked at the company from March 2016 to October 2018; and that he and other "similarly situated" masons/laborers were not paid for overtimes hours worked in excess of forty hours in every designated work week. Plaintiff seeks payment for all compensable work time that Defendants did not pay for hours worked in excess of forty hours in each designated work week, and he seeks to include in the collective action those similarly situated Plaintiffs who worked as mason/laborers within three (3) years of the filing of this lawsuit. Plaintiff seeks conditional certification of a collective action under the FLSA so that requisite notice can be issued to putative class members to "opt-in" to the action as mandated pursuant to 29 U.S.C. § 216(b).

Equally notable is the "class" which is at issue in this case. Defendants realize that "numerosity" is not a strict requirement in collective actions but the scope of the putative collection action employees is worth illumination. Based on Plaintiff's timeframe seeking certification of "similarly situated" masons/laborers from 2016 to the present, Defendants only employed approximately 20-25 such employees. Many of those include individuals who worked short periods of time (several months) or were subcontractors. It is worth mention that Plaintiff's allegation that Defendants engaged in a systemic plan to cheat employees of their overtime pay encompasses very few individuals.

## II.  DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF FACTS.

1.      Denied as stated.  It is admitted that defendant, Aspen Construction Services, Inc. (hereinafter referred to as "Aspen"), is a corporation that performs construction related services. It is further admitted that defendant, Aspen, has a business address located at 2136 Hayworth Street, Philadelphia, Pennsylvania 19124.

2.      Admitted in part; denied in part.  It is admitted that defendant, Krzysztof Kaczmarczyk, is the president of Aspen.  It is denied that answering defendant has the "sole" power to hire and fire employees; the "sole" power to determine wages for those employees; the "sole" power to schedule an employee's work day and/or the hours they work.  It is further denied that answering defendant is solely responsible to maintain employment records and/or perform such other duties as to signify "significant operation control" over the corporation's day-to-day functions.  Rather, to the contrary, defendant, Aspen, has an office manager; manager, and multiple supervisors that either currently work and/or have worked for the company at all times material hereto.

3.      Denied as stated.  It is denied that defendant, Krzysztof Kaczmarczyk, operates a construction company.  Rather, defendant, Aspen, is a corporation that does perform various construction related services on both a commercial and residential basis in multiple states.

4.      Admitted in part; denied in part.  It is denied that defendant, Krzysztof Kaczmarczyk, employs masons/laborers on his own behalf.  It is admitted that defendant, Aspen, has various employees who provide construction-related services on its projects and/or are paid on an hourly basis.  It is specifically denied that each of these masons/laborers are "similarly situated to the plaintiff" within the past three years.

- 4 -

5.      Denied.  It is specifically denied that each employee of answering defendant had the same and/or similar job duties.  It is further denied that any employees were subject to unlawful pay policies and/or were not paid at all for overtime hours worked in access of forty hours in every designated work week.  For that matter, it is denied that plaintiff, William Arroyo, was not paid for overtime hours.  By way of simple example, looking at the document attached to plaintiff's own Motion on page 12, wherein it is indicated that plaintiff, William Arroyo, worked fifty-three (53) hours (for a rate of $24), Mr. Arroyo was entitled to $1,272.  However, for the time period in question, Mr. Arroyo was actually paid $1,466.58.  This is but a simple example of the fact that defendant, Aspen, fully compensated all employees for hours worked.

6.      Denied as stated.  It is specifically denied that answering defendant, Aspen, did not pay plaintiff and/or other employees for all hours worked in excess of forty (40) hours.  It is admitted that answering defendant did in certain cases pay cash to plaintiff, William Arroyo.  However, it is specifically denied that same was in any way, shape or form designed to avoid the payment of overtime.  Plaintiff has presented zero evidence (and it is submitted for this Court's attention, will be unable to submit any such evidence) indicating to the contrary.

7.      Denied.  It is specifically denied that any employees of defendant, Aspen, were subject to "the same or similar terms and conditions of employment" and/or an unlawful pay policy.  To the contrary, defendant, Aspen, fully and completely paid all employees for hours worked for the defendant herein.  It is specifically denied that any employees were not properly paid overtime compensation for hours worked during any work.  Defendant, Aspen, in fact, paid employees for all hours worked as submitted in the various time records accordingly and shall provide proof of same during the discovery process.

- 5 -

8.     Denied.  It is specifically denied that defendant, Aspen's "overtime policy" does not compensate plaintiff for all hours worked.  To the contrary, plaintiff, William Arroyo, as well as all employees, were in fact paid fully for every hour worked on behalf of Aspen.  It is denied that any employee of Aspen was ever deprived of overtime compensation for any timeframe wherein they worked more than forty (40) hours per week.  It is also specifically denied that answering defendant in any way violated Section 7(a) of the FLSA.

9.     Denied.  It is denied that the FLSA covers "every employee who is "engaged in commerce or in the production of goods for commerce."  Rather, there are <u>multiple</u> exceptions to the FLSA, including for those individuals designated as management.

10.    Answering defendants believe and therefore avers that it is possible one or more of its employees over the past years was required to work in excess of forty (40) hours during at least one week over a three year time frame.

11.    Denied as stated.  Again, as noted above, there are exceptions to the FLSA, including but not limited to those who work in positions of supervision or management.

12.    Denied.  It is specifically denied that defendant, Aspen, did not pay plaintiff for all hours worked in excess of forty (40) hours in any designated work week.  It is admitted that answering defendant, Aspen, paid plaintiff, William Arroyo, cash for work performed at certain times during his employment with Aspen; however, it is specifically denied that same was in order to avoid the payment of overtime.  Rather, plaintiff, William Arroyo, specifically requested cash payments from Aspen herein accordingly.

13.    Denied.  It is denied that answering defendants knew plaintiff was working more than forty (40) hours per week; it is further specifically denied that plaintiff was not paid for proper overtime.  It is further denied that answering defendant, Aspen, knowingly paid any

employee cash in order to avoid the payment of overtime and/or failed to pay for overtime for those weeks that were paid properly through a check with applicable deductions.  It is further denied that answering defendants herein in any way, shape or form violated any provisions of the FLSA.

14.     Denied.  It is denied that any other employees of answering defendant, Aspen, herein, was similarly situated to the plaintiff in any manner.  It is denied that any employees of Aspen were not paid for overtime work; and/or or entitled to any compensation under the FLSA.

### III.  COUNTER STATEMENT OF FACTS

1.     All employees of Aspen Construction Services, Inc. were paid on a biweekly basis unless the employee requested otherwise.

2.     Defendant, Aspen, required employees to complete time records concerning the amount of hours they worked on a particular week, and/or confirm the amount of hours worked.

3.     Defendant, Aspen, has provided time records for the calendar year 2017, showing the amount of hours each employee worked during a week/biweekly timeframe.  (A Copy of said exemplar records are attached hereto and marked as **Exhibit A**).

4.     Certain employees refused to work on the payroll; therefore, at said employees' specific request, they were paid in cash.  (See Affidavit of Krzysztof Kaczmarczyk attached hereto as **Exhibit "B")**.

5.     Aspen's employees provide to the company the specific amount of hours that they worked in a designated work week; sometimes this is provided verbally, other times in writing. (See Affidavit of Krzysztof Kaczmarczyk)

6.      All employees are required to fill out specific time sheets for each week, showing the amount of hours they worked during a particular time frame.  (See Affidavit of Krzysztof Kaczmarczyk marked as Exhibit B).

7.      All employees are then paid either via check through ADP, which lists the amount of hours worked on a two week basis, and/or via cash at the employee's direct request.  (See Exhibit A).

8.      Aspen has produced a payroll summary for January 13, 2017 through December 22, 2017 which reflects all of the checks that were paid to Aspen's employees through ADP in 2017.  (A copy of same is attached hereto and marked as **Exhibit "C."**)  This included biweekly payments to William Arroyo from January 13, 2017 through November 17, 2017.  (See Exhibit D).

9.      William Arroyo in particular, asked Aspen to pay him a certain percentage of his pay only in cash; therefore, based on Mr. Arroyo's request, his payment for wages were in the form of both check and cash.  (See Exhibit B).

10.     Specifically, William Arroyo, asked to be paid in both check and cash because he had "some financial problems."  (See Exhibit B).

11.     Some cash payments were also made to William Arroyo not as an employee of Aspen, but for private work performed outside of his scope of employment with Aspen.  (See Exhibit B).

12.     In addition, William Arroyo on certain occasions paid cash back to Krzysztof Kaczmarczyk's wife for rental payments for a residence he lived in which was owned by Mrs. Kaczmarczyk at 1704 Foulkrod Road.  (See Exhibit B).

13.     There were multiple occasions where William Arroyo asked for a cash advance for salary and/or to borrow money.  (See Exhibit B).

14.     Various other employees and/or those with personal knowledge of the claims in this litigation have provided information that supports that Plaintiff was paid in full by Defendants during his employment and that all Aspen employees were paid in full including overtime.  **See Exhibits D-F.**  These affidavits are discussed in the accompanying memorandum of law.

## IV.  LEGAL ARGUMENT

### A.  Legal Standard

Collective actions brought under the FLSA are governed by 29 U.S.C. § 216(b), which provides for an opt-in procedure for plaintiffs desiring to be included in the litigation." *Harrison v. DelGuerico's Wrecking & Salvage, Inc*., 305 F.R.D. 85, 87 (E.D. Pa. 2015) (citing 29 U.S.C. § 216(b)). "There are two requirements for potential plaintiffs to be included in the collective action: plaintiffs must (1) be 'similarly situated' and (2) give written consent." *Id*. (quoting 29 U.S.C. § 216(b)). However, the similarly situated standard for employees to proceed collectively under the FLSA is not statutory. *Symczyk v. Genesis Healthcare Corp*., 656 F.3d 189, 192 (3d Cir. 2011). "The FLSA also does not provide specific procedures by which potential plaintiffs may opt in, but the Supreme Court has held that 'district courts have discretion, in appropriate cases, to implement [§ 216(b)] . . . by facilitating notice to potential plaintiffs.'" *Id*. (quoting *Hoffmann—La Roche, Inc. v. Sperling*, 493 U.S. 165, 169, 110 S. Ct. 482, 107 L. Ed. 2d 480 (1989)).

Courts in the Third Circuit "follow a two-step process for deciding whether an action may properly proceed as a collective action under the FLSA." *Camesi v. Univ. of Pittsburgh*

- 9 -

*Med. Ctr.*, 729 F.3d 239, 243 (3d Cir. 2013). At the first step, the district court "makes a preliminary determination as to whether the named plaintiffs have made a 'modest factual showing' that the employees identified in their complaint are 'similarly situated.'" *Id.* (citing *Zavala v. Wal Mart Stores Inc.*, 691 F.3d 527, 536 (3d Cir. 2012)). At this stage, the plaintiff "must produce some evidence, beyond pure speculation, of a factual nexus between the manner in which the employer's alleged policy affected [him] and the manner in which it affected other employees." *Id.* (internal quotation omitted). In other words, plaintiff cannot make the requisite "modest factual showing" based "solely on allegations in the complaint; some factual support must be provided, such as in the form of affidavits, declarations, deposition testimony, or other documents." *Drummond v. Herr Foods Inc.*, No. 13-5991, 2015 U.S. Dist. LEXIS 25302 at *5-6, 2015 WL 894329, at *2 (E.D. Pa. Mar. 2, 2015). *See also Smith v. Sovereign Bancorp, Inc.*, No. 03-2420, 2003 WL 22701017, at *3 (E.D. Pa. Nov. 13, 2003) (discussing the "modest factual showing" standard and its requirement of a factual nexus). If the Plaintiff satisfies his burden, the court will conditionally certify the collective action for the purpose of facilitating notice to potential opt-in plaintiffs. *Zavala v. Wal-Mart Store*, Inc., 691 F.3d 527, 535 (3d. Cir. 2012). None of this is provided herein by plaintiff.

But meeting the standard for conditional certification is by no means an automatic win as Plaintiff implies in his motion. A claimant must still produce evidence implicating common facts among the parties' claims and/or a common policy affecting all collective members. *Boes v. Applied Analysis Corporation*, No. 19-505, 2020 WL 1526635, at 2 (E.D. Pa. Mar. 30, 2020). Courts have not hesitated to deny conditional certification when evidence is lacking. *Rogers v. Ocean Cable Grp., Inc.*, No. 10-4198, 2011 WL 6887154 at *9 (D.N.J. Dec. 29, 2011) (citing *Dreyer v. Altchem Envtl. Serv., Inc.*, No. 6-2393, 2007 U.S. Dist. LEXIS 71048 at *7-9, 2007

- 10 -

WL 7186177, at *3 (D.N.J. Sept. 25, 2007)).” A number of factors are relevant at the first step, including whether potential plaintiffs were identified; whether affidavits of potential plaintiffs were submitted; ... whether evidence of a widespread discriminatory plan was submitted; and whether as a matter of sound case management, ... a manageable class exists." *In re: Enterprise Rent-a-Car Wage & Hour Employment Practices Litig*., 2010 U.S. Dist. LEXIS 82961 at *8, 2010 WL 3447783, at *20 (W.D. Pa. Aug. 13, 2010)(citations omitted).

Nor are a nominal number of affidavits that make broad allegations about the treatment of other employees sufficient to meet the threshold. 2010 U.S. Dist. LEXIS 82961 at *7, 2010 WL at *21. Affidavits from potential class members affirming their intention to join the suit are ideal for analysis of whether the putative class members were together the victims of a single policy. *Hall v. Guardsmark, LLC*, 2012 U.S. Dist. LEXIS 116129 at *5 (W.D. Pa. 2012). The presence of multiple such affidavits would ideally bolster any plaintiff’s motion for conditional certification and that the absence of such affidavits weakens the case. *Lepkowski v. Telatron Marketing Group, Inc*., 766 F. Supp. 2d 572 (W.D. Pa. 2011) (conditional certification granted based on affidavits of 9 opt-in plaintiffs); The supporting affidavits must not be vague or conclusory in nature. *Goldstein v. Children's Hosp. of Phila*., 2012 U.S. Dist. LEXIS 152519 at *17-18 (E.D. Pa. Oct. 24, 2012) (denying motion for conditional certification where the plaintiff "provided no direct evidence . . . that other employees were similarly situated to her with respect to [defendant's] policies and practices despite 10 months of discovery and where the plaintiff's "declaration makes reference to the circumstances of other employees with no particularity and in only the most general terms").

**B.      Plaintiff's conclusory allegations in his Complaint and Declaration are not sufficient to meet the standard for conditional certification.**

Plaintiff's mere reliance on general claims in his Complaint and Declaration do <u>not</u> meet the standard for conditional certification.  Plaintiff has not established, despite the production of thousands of pages of documents in the above related separate lawsuit before Judge Slomsky, any factual nexus between his allegations and those other "similarly situated" masons and laborers.  At most, Plaintiff has only stated in his own (and lone) declaration  that his situation in terms of allegedly failing to be paid overtime was "similar to other masons/laborers that I work with."

*Wright v. Lehigh Valley Hosp.*, No. 10-431, 2010 U.S. Dist. LEXIS 86915, *11-13 (E.D. Pa. 2010) may be instructive in this case. In *Wright*, the court denied granting a plaintiff's conditional certification regarding a putative class of registered nurses who were allegedly not paid overtime. This was based on "[t]he conspicuous dearth of record evidence of a factual nexus between [the plaintiffs]  experiences and those of other . . . nurses." *Id.* The court noted that the plaintiff's declaration included conclusory allegations and failed to provide any information that would allow it to make any finding that the litigation could proceed as a collective action. *Id.* It also rejected plaintiff's speculative claim that because the employer's uniform policies and procedures violated her rights, they necessarily must have violated other employees' rights. *Id.* Although the plaintiff's allegations that her paychecks and stubs failed to accurately reflect the hours she worked could be used to support her individual claim, her "unsupported assertion" that other nurses must have also been subjected to these same conditions was insufficient to sustain her minimal burden. *Id.  See also Diflavis v. Choice Hotels, Int'l*, 2020 U.S. Dist. LEXIS 20801, at *44-46 (E.D. Pa. Feb. 6, 2020) (denying motion for conditional certification based on

- 12 -

assumptions that because the claimant alleged she did not receive proper overtime pay, that all other employees were treated in the same manner without specific and directed allegations).

This ties in to the notion that  is that it is the court's task, in evaluating conditional certification, is to examine the similarity of the situation of the employees with respect to the practice that is alleged to violate the FLSA. *Williams v. Owens & Minor, Inc.*, 2009 U.S. Dist. LEXIS 102304, at * 9 (E.D. Pa. Oct. 9, 2009).  In short, the "fairly lenient" standard Plaintiff cites in his memo is not a free pass to conditional certification; a claimant to still must meet other evidentiary thresholds including establishing that the putative class offers similar claims or have similar circumstances of employment and pay.  *Zavala v. Wal-Mart Store*, Inc., 691 F.3d 527, 535 (3d. Cir. 2012). Restated, a plaintiff must present substantial allegations or evidence "that the putative class members were together the victims of a single decision, policy, or plan." *Id.* at 535. If a plaintiff fails to produce evidence that the FLSA violations suffered by the collective were caused by a single decision, policy, or plan, then the motion for conditional certification should be denied. *Postiglione v. Crossmark, Inc.*, 2012 U.S. Dist. LEXIS 163615 at *11, 2012 WL 5829793, at * 8 (E.D. Pa. Nov. 14, 2012) (denying conditional certification because plaintiffs failed to demonstrate that there was a single decision, policy or plan denying overtime).

Similar to these line of cases, Plaintiff cannot expect to rely on his mere speculative and conclusory allegations to meet the conditional certification standard. For example, Plaintiff's Complaint merely offers a conclusory allegation that "Defendants made knowingly improper payments to employees for wages . . .with making the applicable deductions required by law. *See* Plaintiff's Complaint at ¶ 12. He offers no specific facts of a common plan implemented by Defendants which he alleges affected all masons or laborers. His declaration merely uses the "buzz words" intended to disguise a lack of a factual nexus between how Defendants' conduct

allegedly affected him and how it affected other employees;  his allegation  that Aspen had a "policy and practice" of not paying certain employees overtime lacks any factual support or any specifics.  *See* Plaintiff's Declaration at ¶ 8. He offers no other supporting declaration from putative class member. Along those lines, Plaintiff offers no names of other individuals employed by Defendants who were not paid overtime wages and merely relies on the general statement that his situation was "similar" to other masons/laborers. Plaintiff's Declaration at ¶ 5. In other words, Plaintiff *assumes* that other masons/laborers were also allegedly treated the same way as he was without any factual nexus.  This is precisely the type of speculative and unsupported allegation that do not pass conditional certification muster based on *Wright*, *supra*, and the standard stated above. Plaintiff's Motion must be denied.

**C.**     **Defendants can offer credible evidence and supporting declarations in direct contravention of Plaintiff's allegations which should provide a basis for the denial of the motion for conditional certification.**

Plaintiff has offered only his own general and threadbare declaration that "similarly situated employees" like himself were not paid overtime. By contrast, Defendants can offer declaration from credible individuals who collectively undermine Plaintiff's claims for a collection action.   Plaintiff can offer no independent evidence outside of his conclusory allegations to rebut these witness statements.  As noted above in the counterstatement of facts evidenced by Exhibits A and C, Defendants have offered specific documents establishing time and financial records supporting full payments to their employees. Plaintiff has relied on no other conclusive documentation.

Defendants would be remiss not to include the sworn affidavit of Aspen's President Krzysztof Kaczmarczyk.  A true and correct copy of Mr. Kaczmarczyk's affidavit is appended as Exhibit B.   But this affidavit is crucial because Mr. Kaczmarczyk directly rebuts some of

Plaintiff's crucial allegations. He corroborates  that Aspen employees were required to fill out time records and confirm the amount of hours they worked during a particular week; that all employees, including Plaintiff, were paid consistent with the amount of hours worked including overtime; that Plaintiff specifically requested cash payments for personal reasons (more on this below); and that said cash payments were not made to bypass Defendants' obligations to pay any employees overtime.

But Defendants, unlike Plaintiff, can offer other supporting affidavits outside the named parties. One such affiant is William Josue Arroyo Lopez, Plaintiff's brother.  A true and correct copy of Mr. Arroyo Lopez's April 30, 2020 and October 14, 2019 statement is appended together as Exhibit D.  Mr. Lopez states that he has personal knowledge that Plaintiff was paid in full during his employment at Aspen and that he knows that Plaintiff requested cash payments from Defendants to avoid support payment obligations.  *See* Exhibit D.  Mr. Lopez expounded on these facts in a second statement also dated April 30, 2020 (also appended as part of Exhibit D). There, he stated that Plaintiff's accusations against Defendants were false, that Plaintiff was always paid for all his work, that Plaintiff requested cash to avoid child support payments, and that he offered money to other employees to offer false testimony against Defendants. Mr. Lopez believes Plaintiff is seeking retribution against Mr. Kaczmarczyk who, as Plaintiff's landlord, evicted Plaintiff for failing to pay rent.  *See generally* Exhibit D.  These facts are echoed by William Joel Arroyo and Edward Osorio, who have provided statements in favor of the fact they were paid in full by Defendants and that Plaintiff had other motives to bring this lawsuit. *See* collectively, Exhibit E.

Another employee affiant is current Aspen employee Javier Cruz Garcia.  A true and correct copy of Mr. Garcia's statement is appended as Exhibit F.  Mr. Garcia states that Plaintiff

- 15 -

has approached him in the past and offered him compensation to testify falsely that he (Mr. Garcia) was not paid his entire wages by Defendants.  Mr. Garcia understood that Greg Walczak (the plaintiff in the matter referenced above before Judge Slomsky) may have encouraged the filing of this lawsuit to aid in his own lawsuit. Mr. Garcia states that he has always been paid in full by Defendants and that Defendants have treated their employees fairly as it relates to their pay and valued their work.  *See* Exhibit F.

Collectively, these statements break any factual nexus between Plaintiff's individual claims and those of a putative class.  Plaintiff's motion for conditional certification must be denied.

**D.      The denial of Plaintiff's motion for conditional certification makes any need to issue notice to putative class members moot; otherwise, any information produced in furtherance of notice and the manner of service must be reasonably tailored.**

Plaintiff's Motion for Conditional Certification must be denied.  If denied, the issue of notice to putative class members is moot as no notice will be necessary as there is no class to potentially "opt-in.[1]  However, if the Court is inclined to grant Plaintiff's Motion, then the issues pertaining to how such notice must be issued  and what information Plaintiff is entitled to must be more reasonably tailored.

### 1.  Service of Notice to putative class member by regular mail is sufficient

If the Court is inclined to permit the issuing of any type of notice, then dissemination of notice via first-class mail is sufficient. Plaintiff has not provided any reason why follow-up notice via email is appropriate. *See Vargas v. Gen. Nutrition Centers, Inc.*, No. 2:10-CV-867,

---

[1]  A collective action under the FLSA differs from a class action under Federal Rule of Civil Procedure 23, in that "the mere presence of [collective action] allegations does not automatically give rise to the kind of aggregate litigation provided for in Rule 23." *Halle v. W. Penn Allegheny Health Sys. Inc.*, 842 F.3d 215, 225 (3d Cir. 2016). "Rather, the existence of a collective action depends upon the affirmative participation of opt-in plaintiffs," who must, to pursue their claims, affirmatively choose to join in the collective action by filing a written opt-in notice with the court. *Id.*; *see also* 29 U.S.C. § 216(b) (providing that "[n]o employee shall be a party plaintiff to [a collective] action [under the FLSA] unless he gives his consent in writing to become such a party and such consent is filed in the court in which such action is brought").

2012 U.S. Dist. LEXIS 154073 at *8, 2012 WL 5336166, at *13 (W.D. Pa. Oct. 26, 2012) (rejecting request for notice by email because of risk that email could "compromise the integrity of the notice process" and absence of evidence that mail would be inadequate); cf. *Bland v. Calfrac Well Servs. Corp*., No. 2:12-CV-01407, 2013 U.S. Dist. LEXIS 113094, 2013 WL 4054594, at *3 (W.D. Pa. Aug. 12, 2013) (permitting notice by email where record suggested that some opt-in plaintiffs might not receive timely notice otherwise).  Though Defendants do not contest that posting notice at an employer's premises has been permitted by courts, Plaintiff has offered no valid reason for why it should be required in this case.

**2. Any information provided about putative class members should be reasonably tailored and particularly as it relates to timeframe of employment referenced on the notice.**

If the Court mandates any discovery be provided to Plaintiff regarding current or past employees of Defendants, that information should be limited to the name, job title, and last known address/telephone number for employees from 2018 onward.  It is entirely unclear why at this initial stage of the action, Plaintiff requires employment identification numbers and social security number information or date of birth any other sensitive information.

Along those lines, the FLSA provides a two-tiered statute of limitations. Generally, the limitations period is two years, but it is three years for a willful violation. 29 U.S.C. § 255(a). However, a simple allegation of willful misconduct is insufficient to extend the statute of limitations from two to three years as such a holding would unjustly benefit any plaintiff looking to evade the two-year time bar. *Stone v. Troy Constr., LLC*, 2018 U.S. Dist. LEXIS 50232 at *8 (E.D. Pa. 2018). To warrant application of the three-year statute of limitations, plaintiffs need to point to sufficient facts to support the position that the defendant willfully violated the statute,

i.e. that the defendant "knew or showed reckless disregard for the matter of whether its conduct was prohibited by the statute." *McLaughlin v. Richland Shoe Co*., 486 U.S. 128, 130, 108 S. Ct. 1677, 100 L. Ed. 2d 115 (1988).  Plaintiff's Complaint does nothing more than allege, at best, an ordinary violation of the FLSA. Its inclusion of the "willful" allegations are merely conclusory. Moreover, his argument that any limitation period applies to the time period preceding the filing of the lawsuit is incorrect and overbroad.  Thus, the notice should be sent only to potential opt-in plaintiffs whose claims would not be time-barred — that is, individuals who worked as masons/laborers within the two-year period before the date any potential notice is issued. *Titchenell v. Apria Healthcare Inc*., 2011 U.S. Dist. LEXIS 129475, No.11-563 at *21-22 (E.D. Pa. 2011).

### 3.    There is no basis for prohibiting Defendants' contact with any individual disclosed as a putative class member

Plaintiff relies on *Golf Oil v. Bernard*, 452 U.S. 89 (1981) to support that Defendants' contact with any individual disclosed as a putative class member be limited for reasons limited to this litigation. To be clear, Defendants have no intention of making any improper communication as it relates to the subject matter of this lawsuit with any current or past employee in any improper manner as Plaintiff suggests. However, there is no basis for Plaintiff's inference Defendants' contact must be shielded. Moreover, in *Golf Oil*, which dealt with a Rule 23 class action, the United States Supreme Court held that "[A]n order limiting communications between parties and potential class members should be based on a clear record and specific findings that reflect a weighing of the need for a limitation and the potential interference with the rights of the parties. Only such a determination can ensure that the court is furthering, rather than hindering, the policies embodied in the Federal  Rules of Civil Procedure . . ."  *Id*. at 102. The Supreme Court also stated that any such broad, sweeping order would have first amendment

considerations. *Id*. at 103-104.  In the present matter, Plaintiff has offered no basis for seeking such a limitation on communications because no such record exists.  This request must be denied.

## V.  CONCLUSION

Plaintiff has not satisfied the standard to meet conditional certification. Therefore, his motion must be denied.  As a result, any issues pertaining to issuing notice to putative class members must be rendered moot.  If the Court is inclined to grant Plaintiff's Motion, then the information Defendants must provide along with the manner of service must be appropriately tailored.

COOPER LEVENSON, P.A.

By: _____

Dated: May 12, 2020

Nicholas J. Sansone, Esquire
PA Attorney ID No. 62323
Attorneys for Defendants, *Aspen
Construction Services, Inc. and Krzysztof
Kaczmarczyk*
1415 Marlton Pike East, Cherry Hill Plaza
Suite 205
Cherry Hill, NJ  08034
856-857-5508
nsansone@cooperlevenson.com

- 19 -

CLAC 5604771.1

# EXHIBIT  "A"

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10143 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:     11/26/2017
Period Ending:       12/02/2017
Pay Date:            12/08/2017

| Taxable Marital Status: | Single |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal:     1 | Federal: |
| State:       0 | State: |
| Local:       0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

**William Joel Arroyo**
2162 E Cambria Street
Philadelphia, PA 19134

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 46.8000 | 6.50 | 304.20 | 1886.93 |
| Gross Pay | | | $304.20 | $1,886.93 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 6.50 | 30.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -18.35 | 228.02 |
| Social Security | -18.86 | 116.99 |
| Medicare | -4.41 | 27.36 |
| Pennsylvania State Income | -9.34 | 57.93 |
| Pennsylvania State UI | -0.21 | 1.32 |
| Phila R Local Income | -11.84 | 73.42 |
| Bensalem Twp Local | -1.00 | 3.00 |
| Net Pay | $240.19 | |

Your federal taxable wages this period are  $304.20

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10143
Pay Date:               12/08/2017

Pay to the order of:   **William Joel Arroyo**

This amount:   TWO HUNDRED FORTY AND 19/100

$240.19

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10122 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement

**ADP**

Period Starting:     10/20/2017
Period Ending:      11/02/2017
Pay Date:             11/03/2017

Taxable Marital Status:     Single
Exemptions/Allowances:     Tax Override:
   Federal:     0          Federal:
   State:       0          State:
   Local:       0          Local:
Social Security Number:     XXX-XX-XXXX

William Joel Arroyo
2162 E Cambria Street
Philadelphia, PA 19134

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 23.50 | 1582.73 | 1582.73 |
| Gross Pay | | | $1,582.73 | $1,582.73 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 23.50 | 23.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -209.67 | 209.67 |
| Social Security | -98.13 | 98.13 |
| Medicare | -22.95 | 22.95 |
| Pennsylvania State Income | -48.59 | 48.59 |
| Pennsylvania State UI | -1.11 | 1.11 |
| Phila R Local Income | -61.58 | 61.58 |
| Bensalem Twp Local | -2.00 | 2.00 |
| Net Pay | $1,138.70 | |

Your federal taxable wages this period are  $1,582.73

3-8294/2360

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

Payroll Check Number:   10122
Pay Date:                     11/03/2017

Pay to the
order of:     **William Joel Arroyo**

This amount:     ONE THOUSAND ONE HUNDRED THIRTY EIGHT AND 70/100          $1,138.70

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10155 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



| Period Starting: | 12/10/2017 |
|---|---|
| Period Ending: | 12/16/2017 |
| Pay Date: | 12/22/2017 |

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:

| | Federal: | 0 | Federal: | |
| | State: | 0 | State: | |
| | Local: | 0 | Local: | |
| Social Security Number: | XXX-XX-XXXX | | | |

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 20.00 | 1347.00 | 16781.89 |
| Gross Pay | | | $1,347.00 | $16,781.89 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 20.00 | 658.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -159.17 | 1149.66 |
| Social Security | -83.52 | 1040.48 |
| Medicare | -19.53 | 243.34 |
| Pennsylvania State Income | -41.35 | 515.15 |
| Pennsylvania State UI | -0.94 | 11.75 |
| Phila R Local Income | -52.41 | 653.27 |
| Bensalem Twp Local | -1.00 | 50.00 |
| Net Pay | $989.08 | |

Your federal taxable wages this period are  $1,347.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

| Payroll Check Number: | 10155 |
|---|---|
| Pay Date: | 12/22/2017 |

Pay to the order of:    Krzysztof Kaczmarczyk

This amount:   NINE HUNDRED EIGHTY NINE AND 08/100          $989.08

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10148 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



Period Starting:   12/03/2017
Period Ending:    12/09/2017
Pay Date:         12/15/2017

Taxable Marital Status:   Married
Exemptions/Allowances:          Tax Override:
  Federal:   0          Federal:
  State:     0          State:
  Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 11.00 | 740.85 | 15434.89 |
| Gross Pay | | | $740.85 | $15,434.89 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 11.00 | 638.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -68.24 | 990.49 |
| Social Security | -45.93 | 956.96 |
| Medicare | -10.75 | 223.81 |
| Pennsylvania State Income | -22.74 | 473.80 |
| Pennsylvania State UI | -0.52 | 10.81 |
| Phila R Local Income | -28.82 | 600.86 |
| Bensalem Twp Local | -1.00 | 49.00 |
| Net Pay | | $562.85 |

Your federal taxable wages this period are  $740.85

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10148
Pay Date:               12/15/2017

Pay to the
order of:   Krzysztof Kaczmarczyk

This amount:   FIVE HUNDRED SIXTY TWO AND 85/100

THIS IS NOT A CHECK

$562.85

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

Company Code   Loc/Dept   Number   Page
RK / ZGO 21282347   01/   10144   1 of 1
ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   11/26/2017
Period Ending:    12/02/2017
Pay Date:         12/08/2017

Taxable Marital Status:   Married
Exemptions/Allowances:         Tax Override:
    Federal:   0         Federal:
    State:     0         State:
    Local:     0         Local:
Social Security Number:   XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 6.00 | 404.10 | 14694.04 |
| Regular | 67.7600 | 18.50 | 1253.56 | |
| **Gross Pay** | | | **$1,657.66** | **$14,694.04** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.50 | 627.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -208.93 | 922.25 |
| Social Security | -102.77 | 911.03 |
| Medicare | -24.03 | 213.06 |
| Pennsylvania State Income | -50.89 | 451.06 |
| Pennsylvania State UI | -1.16 | 10.29 |
| Phila R Local Income | -64.49 | 572.04 |
| Bensalem Twp Local | -1.00 | 48.00 |
| **Net Pay** | **$1,204.39** | |

Your federal taxable wages this period are  $1,657.66

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10144
Pay Date:              12/08/2017

Pay to the order of:   Krzysztof Kaczmarczyk

This amount:   ONE THOUSAND TWO HUNDRED FOUR AND 39/100

$1,204.39

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10135 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



Period Starting:    11/17/2017
Period Ending:     11/18/2017
Pay Date:            12/01/2017

Taxable Marital Status:    Married
Exemptions/Allowances:       Tax Override:
  Federal:    0          Federal:
  State:      0          State:
  Local:      0          Local:
Social Security Number:    XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.7600 | 6.50 | 440.44 | 11886.10 |
| Gross Pay | | | $440.44 | $11,886.10 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 6.50 | 585.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -27.41 | 583.66 |
| Social Security | -27.31 | 736.94 |
| Medicare | -6.39 | 172.35 |
| Pennsylvania State Income | -13.52 | 364.86 |
| Pennsylvania State UI | -0.31 | 8.33 |
| Phila R Local Income | -17.14 | 462.80 |
| Net Pay | $348.36 | |

Your federal taxable wages this period are  $440.44

3-8294/2360

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

Payroll Check Number:   10135
Pay Date:                12/01/2017

Pay to the
order of:        Krzysztof Kaczmarczyk

This amount:    THREE HUNDRED FORTY EIGHT AND 36/100

$348.36

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK7ZGO 21282347 | 017 | 10139 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting: 11/19/2017
Period Ending: 11/25/2017
Pay Date: 12/01/2017

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
Federal: 0   Federal:
State: 0   State:
Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 4.00 | 269.40 | 13036.38 |
| Regular | 67.7600 | 13.00 | 880.88 | |
| **Gross Pay** | | | **$1,150.28** | **$13,036.38** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 17.00 | 602.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -129.66 | 713.32 |
| Social Security | -71.32 | 808.26 |
| Medicare | -16.68 | 189.03 |
| Pennsylvania State Income | -35.31 | 400.17 |
| Pennsylvania State UI | -0.80 | 9.13 |
| Phila R Local Income | -44.75 | 507.55 |
| Bensalem Twp Local | -1.00 | 47.00 |
| **Net Pay** | **$850.76** | |

Your federal taxable wages this period are $1,150.28

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number: 10139
Pay Date: 12/01/2017

Pay to the order of:   Krzysztof Kaczmarczyk

This amount:   EIGHT HUNDRED FIFTY AND 76/100

$850.76

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10129 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:     11/03/2017
Period Ending:      11/16/2017
Pay Date:             11/17/2017

Taxable Marital Status:     Married
Exemptions/Allowances:          Tax Override:
  Federal:     0             Federal:
  State:       0             State:
  Local:       0             Local:
Social Security Number:     XXX-XX-XXXX

**Krzysztof Kaczmarczyk**
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 32.50 | 2188.88 | 11445.66 |
| Gross Pay | | | $2,188.88 | $11,445.66 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 32.50 | 579.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -242.56 | 556.25 |
| Social Security | -135.71 | 709.63 |
| Medicare | -31.74 | 165.96 |
| Pennsylvania State Income | -67.20 | 351.34 |
| Pennsylvania State UI | -1.53 | 8.02 |
| Phila R Local Income | -85.16 | 445.66 |
| Bensalem Twp Local | -2.00 | 46.00 |
| Net Pay | $1,622.98 | |

Your federal taxable wages this period are  $2,188.88

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10129
Pay Date:                11/17/2017

Pay to the order of:     **Krzysztof Kaczmarczyk**

This amount:     ONE THOUSAND SIX HUNDRED TWENTY TWO AND 98/100

$1,622.98

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10124 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   10/20/2017
Period Ending:    11/02/2017
Pay Date:          11/03/2017

Taxable Marital Status: Married
Exemptions/Allowances:          Tax Override:
  Federal:   0          Federal:
  State:      0          State:
  Local:      0          Local:
Social Security Number: XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 35.50 | 2390.93 | 9256.78 |
| Gross Pay | | | $2,390.93 | $9,256.78 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 35.50 | 546.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -272.87 | 313.69 |
| Social Security | -148.24 | 573.92 |
| Medicare | -34.67 | 134.22 |
| Pennsylvania State Income | -73.40 | 284.14 |
| Pennsylvania State UI | -1.68 | 6.49 |
| Phila R Local Income | -93.02 | 360.50 |
| Bensalem Twp Local | -2.00 | 44.00 |
| Net Pay | $1,765.05 | |

Your federal taxable wages this period are  $2,390.93

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10124
Pay Date:                11/03/2017

Pay to the order of:   Krzysztof Kaczmarczyk

This amount:   ONE THOUSAND SEVEN HUNDRED SIXTY FIVE AND 05/100

$1,765.05

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10116 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

### Earnings Statement



| | |
|---|---|
| Period Starting: | 10/06/2017 |
| Period Ending: | 10/19/2017 |
| Pay Date: | 10/20/2017 |

Taxable Marital Status: Married
Exemptions/Allowances:          Tax Override:
Federal:    0          Federal:
State:    0          State:
Local:    0          Local:
Social Security Number:    XXX-XX-XXXX

**Krzysztof Kaczmarczyk**
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 11.00 | 740.85 | 6865.85 |
| Gross Pay | | | $740.85 | $6,865.85 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 11.00 | 511.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -40.82 | 40.82 |
| Social Security | -45.93 | 425.68 |
| Medicare | -10.74 | 99.55 |
| Pennsylvania State Income | -22.74 | 210.74 |
| Pennsylvania State UI | -0.52 | 4.81 |
| Phila R Local Income | -28.82 | 267.48 |
| Bensalem Twp Local | -2.00 | 42.00 |
| Net Pay | $589.28 | |

Your federal taxable wages this period are  $740.85

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10116
Pay Date:   10/20/2017

Pay to the order of:   Krzysztof Kaczmarczyk

This amount:   FIVE HUNDRED EIGHTY NINE AND 28/100

$589.28

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10110 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting: 09/22/2017
Period Ending: 10/05/2017
Pay Date: 10/06/2017

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
| | Federal: | 0 | Federal: |
| | State: | 0 | State: |
| | Local: | 0 | Local: |
Social Security Number: XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 6125.00 |
| | | | | |
| Gross Pay | | | $306.25 | $6,125.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 500.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.99 | 379.75 |
| Medicare | -4.44 | 88.81 |
| Pennsylvania State Income | -9.40 | 188.00 |
| Pennsylvania State UI | -0.21 | 4.29 |
| Phila R Local Income | -11.92 | 238.66 |
| Bensalem Twp Local | -2.00 | 40.00 |
| | | |
| Net Pay | $259.29 | |

Your federal taxable wages this period are $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number: 10110
Pay Date: 10/06/2017

Pay to the order of:    Krzysztof Kaczmarczyk

This amount:   TWO HUNDRED FIFTY NINE AND 29/100

$259.29

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10104 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   09/08/2017
Period Ending:   09/21/2017
Pay Date:   09/22/2017

Taxable Marital Status:   Married
Exemptions/Allowances:          Tax Override:
  Federal:   0          Federal:
  State:   0          State:
  Local:   0          Local:
Social Security Number:   XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 5818.75 |
| Gross Pay | | | $306.25 | $5,818.75 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 475.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.98 | 360.76 |
| Medicare | -4.44 | 84.37 |
| Pennsylvania State Income | -9.40 | 178.60 |
| Pennsylvania State UI | -0.22 | 4.08 |
| Phila R Local Income | -11.92 | 226.74 |
| Bensalem Twp Local | -2.00 | 38.00 |
| Net Pay | | $259.29 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10104
Pay Date:          09/22/2017

Pay to the order of        Krzysztof Kaczmarczyk

This amount:   TWO HUNDRED FIFTY NINE AND 29/100

THIS IS NOT A CHECK

$259.29

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10098 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   08/25/2017
Period Ending:    09/07/2017
Pay Date:          09/08/2017

Taxable Marital Status:   Married
Exemptions/Allowances:          Tax Override:
  Federal:   0           Federal:
  State:     0           State:
  Local:     0           Local:
Social Security Number:   XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 5512.50 |
| Gross Pay | | | $306.25 | $5,512.50 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 450.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.99 | 341.78 |
| Medicare | -4.44 | 79.93 |
| Pennsylvania State Income | -9.40 | 169.20 |
| Pennsylvania State UI | -0.21 | 3.86 |
| Phila R Local Income | -11.92 | 214.82 |
| Bensalem Twp Local | -2.00 | 36.00 |
| Net Pay | $259.29 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10098
Pay Date:               09/08/2017

Pay to the
order of:        Krzysztof Kaczmarczyk

This amount:   TWO HUNDRED FIFTY NINE AND 29/100                                    $259.29

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10092 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:  08/11/2017
Period Ending:  08/24/2017
Pay Date:  08/25/2017

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
  Federal:  0      Federal:
  State:  0      State:
  Local:  0      Local:
Social Security Number:  XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 5206.25 |
| Gross Pay | | | $306.25 | $5,206.25 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 425.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.99 | 322.79 |
| Medicare | -4.44 | 75.49 |
| Pennsylvania State Income | -9.40 | 159.80 |
| Pennsylvania State UI | -0.22 | 3.65 |
| Phila R Local Income | -11.92 | 202.90 |
| Bensalem Twp Local | -2.00 | 34.00 |
| Net Pay | $259.28 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:  10092
Pay Date:  08/25/2017

Pay to the order of:  Krzysztof Kaczmarczyk

This amount:  TWO HUNDRED FIFTY NINE AND 28/100

$259.28

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

Company Code    Loc/Dept    Number    Page
RK7ZGO 21282347  01/    10086    1 of 1
ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:    07/28/2017
Period Ending:    08/10/2017
Pay Date:    08/11/2017

Taxable Marital Status:    Married
Exemptions/Allowances:    Tax Override:
  Federal:    0    Federal:
  State:    0    State:
  Local:    0    Local:
Social Security Number:    XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 4900.00 |
| Gross Pay | | | $306.25 | $4,900.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 400.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.99 | 303.80 |
| Medicare | -4.44 | 71.05 |
| Pennsylvania State Income | -9.40 | 150.40 |
| Pennsylvania State UI | -0.21 | 3.43 |
| Phila R Local Income | -11.92 | 190.98 |
| Bensalem Twp Local | -2.00 | 32.00 |
| Net Pay | $259.29 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:  10086
Pay Date:    08/11/2017

Pay to the order of:    Krzysztof Kaczmarczyk

This amount:    TWO HUNDRED FIFTY NINE AND 29/100

$259.29

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10079 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:  07/14/2017
Period Ending:  07/27/2017
Pay Date:  07/28/2017

Taxable Marital Status:  Married
Exemptions/Allowances:  Tax Override:
Federal:  0  Federal:
State:  0  State:
Local:  0  Local:
Social Security Number:  XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 4593.75 |
| Gross Pay | | | $306.25 | $4,593.75 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 375.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.98 | 284.81 |
| Medicare | -4.44 | 66.61 |
| Pennsylvania State Income | -9.40 | 141.00 |
| Pennsylvania State UI | -0.22 | 3.22 |
| Phila R Local Income | -11.92 | 179.06 |
| Bensalem Twp Local | -2.00 | 30.00 |
| Net Pay | $259.29 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:  10079
Pay Date:  07/28/2017

Pay to the order of:  Krzysztof Kaczmarczyk

This amount:  TWO HUNDRED FIFTY NINE AND 29/100

$259.29

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10073 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   06/30/2017
Period Ending:    07/13/2017
Pay Date:         07/14/2017

Taxable Marital Status:   Married
Exemptions/Allowances:         Tax Override:
   Federal:   0         Federal:
   State:     0         State:
   Local:     0         Local:
Social Security Number:   XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 4287.50 |
| Gross Pay | | | $306.25 | $4,287.50 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 350.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.99 | 265.83 |
| Medicare | -4.44 | 62.17 |
| Pennsylvania State Income | -9.40 | 131.60 |
| Pennsylvania State UI | -0.21 | 3.00 |
| Phila R Local Income | -11.92 | 167.14 |
| Bensalem Twp Local | -2.00 | 28.00 |
| Net Pay | $259.29 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10073
Pay Date:              07/14/2017

Pay to the
order of:      Krzysztof Kaczmarczyk

This amount:   TWO HUNDRED FIFTY NINE AND 29/100

$259.29

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10068 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:  06/16/2017
Period Ending:   06/29/2017
Pay Date:        06/30/2017

Taxable Marital Status:  Married
Exemptions/Allowances:        Tax Override:
  Federal:   0        Federal.
  State:     0        State:
  Local:     0        Local:
Social Security Number:   XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 3981.25 |
| Gross Pay | | | $306.25 | $3,981.25 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 325.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.99 | 246.84 |
| Medicare | -4.44 | 57.73 |
| Pennsylvania State Income | -9.40 | 122.20 |
| Pennsylvania State UI | -0.21 | 2.79 |
| Phila R Local Income | -11.94 | 155.22 |
| Bensalem Twp Local | -2.00 | 26.00 |
| Net Pay | $259.27 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10068
Pay Date:               06/30/2017

Pay to the order of

Krzysztof Kaczmarczyk

This amount:   TWO HUNDRED FIFTY NINE AND 27/100

$259.27

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK7ZGO 21282347 | 01/ | 10065 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:     06/02/2017
Period Ending:       06/15/2017
Pay Date:            06/16/2017

Taxable Marital Status:   Married
Exemptions/Allowances:        Tax Override:
  Federal:   0        Federal:
  State:     0        State:
  Local:     0        Local:
Social Security Number:   XXX-XX-XXXX

**Krzysztof Kaczmarczyk**
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 3675.00 |
| Gross Pay | | | $306.25 | $3,675.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 300.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.99 | 227.85 |
| Medicare | -4.44 | 53.29 |
| Pennsylvania State Income | -9.40 | 112.80 |
| Pennsylvania State UI | -0.22 | 2.58 |
| Phila R Local Income | -11.94 | 143.28 |
| Bensalem Twp Local | -2.00 | 24.00 |
| Net Pay | | $259.26 |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10065
Pay Date:               06/16/2017

Pay to the order of:     **Krzysztof Kaczmarczyk**

This amount:   TWO HUNDRED FIFTY NINE AND 26/100

$259.26

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10062 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement

ADP

Period Starting:   05/19/2017
Period Ending:    06/01/2017
Pay Date:         06/02/2017

Taxable Marital Status:   Married
Exemptions/Allowances:    Tax Override:
   Federal:   0       Federal:
   State:     0       State:
   Local:     0       Local:
Social Security Number:   XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 3368.75 |
| Gross Pay | | | $306.25 | $3,368.75 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 275.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.98 | 208.86 |
| Medicare | -4.44 | 48.85 |
| Pennsylvania State Income | -9.40 | 103.40 |
| Pennsylvania State UI | -0.21 | 2.36 |
| Phila R Local Income | -11.94 | 131.34 |
| Bensalem Twp Local | -2.00 | 22.00 |
| Net Pay | $259.28 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10062
Pay Date:               06/02/2017

Pay to the order of:

Krzysztof Kaczmarczyk

This amount:   TWO HUNDRED FIFTY NINE AND 28/100

$259.28

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10059 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement

ADP

Period Starting: 05/05/2017
Period Ending: 05/18/2017
Pay Date: 05/19/2017

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
Federal: 0       Federal:
State: 0        State:
Local: 0        Local:
Social Security Number: XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 3062.50 |
| Gross Pay | | | $306.25 | $3,062.50 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 250.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.99 | 189.88 |
| Medicare | -4.44 | 44.41 |
| Pennsylvania State Income | -9.40 | 94.00 |
| Pennsylvania State UI | -0.22 | 2.15 |
| Phila R Local Income | -11.94 | 119.40 |
| Bensalem Twp Local | -2.00 | 20.00 |
| Net Pay | $259.26 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10059
Pay Date:                     05/19/2017

Pay to the order of

Krzysztof Kaczmarczyk

This amount: TWO HUNDRED FIFTY NINE AND 26/100

THIS IS NOT A CHECK

$259.26

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10057 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:     04/21/2017
Period Ending:      05/04/2017
Pay Date:             05/05/2017

Taxable Marital Status:     Married
Exemptions/Allowances:         Tax Override:
   Federal:     0          Federal:
   State:       0          State:
   Local:       0          Local:
Social Security Number:     XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 2756.25 |
| Gross Pay | | | $306.25 | $2,756.25 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.99 | 170.89 |
| Medicare | -4.44 | 39.97 |
| Pennsylvania State Income | -9.40 | 84.60 |
| Pennsylvania State UI | -0.21 | 1.93 |
| Phila R Local Income | -11.94 | 107.46 |
| Bensalem Twp Local | -2.00 | 18.00 |
| Net Pay | | $259.27 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 225.00 |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10057
Pay Date:                05/05/2017

Pay to the order of:     Krzysztof Kaczmarczyk

This amount:     TWO HUNDRED FIFTY NINE AND 27/100                                    $259.27

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK7 ZGO 21282347 | 01/ | 10055 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**

ADP

Period Starting:     04/07/2017
Period Ending:      04/20/2017
Pay Date:              04/21/2017

Taxable Marital Status:     Married
Exemptions/Allowances:        Tax Override:
  Federal:     0          Federal:
  State:         0          State:
  Local:         0          Local:
Social Security Number:     XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 2450.00 |
| | | | | |
| Gross Pay | | | $306.25 | $2,450.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 200.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | −18.99 | 151.90 |
| Medicare | −4.45 | 35.53 |
| Pennsylvania State Income | −9.40 | 75.20 |
| Pennsylvania State UI | −0.22 | 1.72 |
| Phila R Local Income | −11.94 | 95.52 |
| Bensalem Twp Local | −2.00 | 16.00 |
| | | |
| Net Pay | | $259.25 |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10055
Pay Date:                          04/21/2017

Pay to the order of:     Krzysztof Kaczmarczyk

This amount:     TWO HUNDRED FIFTY NINE AND 25/100      $259.25

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10053 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**

ADP

Period Starting:  03/24/2017
Period Ending:  04/06/2017
Pay Date:  04/07/2017

Taxable Marital Status: Married
Exemptions/Allowances:        Tax Override:
    Federal:    0            Federal:
    State:      0            State:
    Local:      0            Local:
Social Security Number:    XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 2143.75 |
| Gross Pay | | | $306.25 | $2,143.75 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | −18.98 | 132.91 |
| Medicare | −4.44 | 31.08 |
| Pennsylvania State Income | −9.40 | 65.80 |
| Pennsylvania State UI | −0.21 | 1.50 |
| Phila R Local Income | −11.94 | 83.58 |
| Bensalem Twp Local | −2.00 | 14.00 |
| Net Pay | $259.28 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 175.00 |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:  10053
Pay Date:  04/07/2017

Pay to the
order of      Krzysztof Kaczmarczyk

This amount:    TWO HUNDRED FIFTY NINE AND 28/100        $259.28

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10051 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   03/10/2017
Period Ending:   03/23/2017
Pay Date:   03/24/2017

Taxable Marital Status:   Married
Exemptions/Allowances:   Tax Override:
Federal:   0   Federal:
State:   0   State:
Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 1837.50 |
| Gross Pay | | | $306.25 | $1,837.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.99 | 113.93 |
| Medicare | -4.44 | 26.64 |
| Pennsylvania State Income | -9.40 | 56.40 |
| Pennsylvania State UI | -0.22 | 1.29 |
| Phila R Local Income | -11.94 | 71.64 |
| Bensalem Twp Local | -2.00 | 12.00 |
| Net Pay | $259.26 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 150.00 |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10051
Pay Date:   03/24/2017

Pay to the order of:   Krzysztof Kaczmarczyk

This amount:   TWO HUNDRED FIFTY NINE AND 26/100

THIS IS NOT A CHECK

$259.26

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10049 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:     02/24/2017
Period Ending:      03/09/2017
Pay Date:            03/10/2017

Taxable Marital Status:   Married
Exemptions/Allowances:          Tax Override:
  Federal:   0          Federal:
  State:     0          State:
  Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

**Krzysztof Kaczmarczyk**
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 1531.25 |
| Gross Pay | | | $306.25 | $1,531.25 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 125.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.99 | 94.94 |
| Medicare | -4.44 | 22.20 |
| Pennsylvania State Income | -9.40 | 47.00 |
| Pennsylvania State UI | -0.21 | 1.07 |
| Phila R Local Income | -11.94 | 59.70 |
| Bensalem Twp Local | -2.00 | 10.00 |
| Net Pay | $259.27 | |

Your federal taxable wages this period are  $306.25

3-8294/2360

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

Payroll Check Number:   10049
Pay Date:              03/10/2017

Pay to the
order of:      Krzysztof Kaczmarczyk

This amount:   TWO HUNDRED FIFTY NINE AND 27/100

THIS IS NOT A CHECK

$259.27

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10047 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



Period Starting:   02/10/2017
Period Ending:    02/23/2017
Pay Date:          02/24/2017

Taxable Marital Status:   Married
Exemptions/Allowances:          Tax Override:
  Federal:   0          Federal:
  State:     0          State:
  Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 1225.00 |
| Gross Pay | | | $306.25 | $1,225.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 100.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.99 | 75.95 |
| Medicare | -4.44 | 17.76 |
| Pennsylvania State Income | -9.40 | 37.60 |
| Pennsylvania State UI | -0.22 | 0.86 |
| Phila R Local Income | -11.94 | 47.76 |
| Bensalem Twp Local | -2.00 | 8.00 |
| Net Pay | $259.26 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:  10047
Pay Date:               02/24/2017

Pay to the order of

Krzysztof Kaczmarczyk

This amount:   TWO HUNDRED FIFTY NINE AND 26/100

$259.26

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10045 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



Period Starting:   01/27/2017
Period Ending:    02/09/2017
Pay Date:           02/10/2017

Taxable Marital Status:   Married
Exemptions/Allowances:        Tax Override:
   Federal:   0            Federal:
   State:      0            State:
   Local:      0            Local:
Social Security Number:   XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 918.75 |
| Gross Pay | | | $306.25 | $918.75 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 75.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.98 | 56.96 |
| Medicare | -4.44 | 13.32 |
| Pennsylvania State Income | -9.40 | 28.20 |
| Pennsylvania State UI | -0.21 | 0.64 |
| Phila R Local Income | -11.94 | 35.82 |
| Bensalem Twp Local | -2.00 | 6.00 |
| Net Pay | $259.28 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10045
Pay Date:                    02/10/2017

Pay to the order of:   Krzysztof Kaczmarczyk

This amount:   TWO HUNDRED FIFTY NINE AND 28/100

$259.28

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10043 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting: 01/13/2017
Period Ending: 01/26/2017
Pay Date: 01/27/2017

Taxable Marital Status: Married
Exemptions/Allowances:          Tax Override:
   Federal:   0          Federal:
   State:     0          State:
   Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

Krzysztof Kaczmarczyk
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 612.50 |
| Gross Pay | | | $306.25 | $612.50 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 50.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.99 | 37.98 |
| Medicare | -4.44 | 8.88 |
| Pennsylvania State Income | -9.40 | 18.80 |
| Pennsylvania State UI | -0.22 | 0.43 |
| Phila R Local Income | -11.94 | 23.88 |
| Bensalem Twp Local | -2.00 | 4.00 |
| Net Pay | $259.26 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:  10043
Pay Date:              01/27/2017

Pay to the order of:   Krzysztof Kaczmarczyk

This amount:   TWO HUNDRED FIFTY NINE AND 26/100

THIS IS NOT A CHECK

$259.26

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10041 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting: 12/30/2016
Period Ending: 01/12/2017
Pay Date: 01/13/2017

Taxable Marital Status: Married
Exemptions/Allowances:          Tax Override:
  Federal:  0          Federal:
  State:    0          State:
  Local:    0          Local:
Social Security Number: XXX-XX-XXXX

**Krzysztof Kaczmarczyk**
2029 Margaret St
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 306.25 |
| Gross Pay | | | $306.25 | $306.25 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 25.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.99 | 18.99 |
| Medicare | -4.44 | 4.44 |
| Pennsylvania State Income | -9.40 | 9.40 |
| Pennsylvania State UI | -0.21 | 0.21 |
| Phila R Local Income | -11.94 | 11.94 |
| Bensalem Twp Local | -2.00 | 2.00 |
| Net Pay | $259.27 | |

Your federal taxable wages this period are  $306.25

3-8294/2360

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

Payroll Check Number:  10041
Pay Date:  01/13/2017

Pay to the order of:   **Krzysztof Kaczmarczyk**

This amount:   TWO HUNDRED FIFTY NINE AND 27/100          $259.27

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10123 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**

ADP

Period Starting: 10/20/2017
Period Ending: 11/02/2017
Pay Date: 11/03/2017

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
Federal: 0 Federal:
State: 0 State:
Local: 0 Local:
Social Security Number: XXX-XX-XXXX

William Josue Arroyo
1704 Foulkrod Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 19.50 | 1313.33 | 1313.33 |
| Gross Pay | | | $1,313.33 | $1,313.33 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 19.50 | 19.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -165.80 | 165.80 |
| Social Security | -81.43 | 81.43 |
| Medicare | -19.04 | 19.04 |
| Pennsylvania State Income | -40.32 | 40.32 |
| Pennsylvania State UI | -0.92 | 0.92 |
| Phila R Local Income | -51.10 | 51.10 |
| Bensalem Twp Local | -2.00 | 2.00 |
| Net Pay | $952.72 | |

Your federal taxable wages this period are $1,313.33

3-8294/2360

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

Payroll Check Number: 10123
Pay Date: 11/03/2017

Pay to the order of: William Josue Arroyo

This amount: NINE HUNDRED FIFTY TWO AND 72/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$952.72

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10154 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting: 12/10/2017
Period Ending: 12/16/2017
Pay Date: 12/22/2017

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
Federal: 2      Federal:
State: 0       State:
Local: 0       Local:
Social Security Number: XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 20.00 | 1347.00 | 20270.11 |
| Gross Pay | | | $1,347.00 | $20,270.11 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 20.00 | 716.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -204.80 | 2330.13 |
| Social Security | -83.52 | 1256.75 |
| Medicare | -19.53 | 293.92 |
| Pennsylvania State Income | -41.35 | 622.25 |
| Pennsylvania State UI | -0.95 | 14.20 |
| Phila R Local Income | -52.41 | 789.01 |
| Bensalem Twp Local | -1.00 | 50.00 |
| Net Pay | | $943.44 | |

Your federal taxable wages this period are  $1,347.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number: 10154
Pay Date: 12/22/2017

Pay to the order of:   William Arroyo

This amount:   NINE HUNDRED FORTY THREE AND 44/100

$943.44

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10152 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting: 11/17/2017
Period Ending: 12/02/2017
Pay Date: 12/22/2017

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
   Federal:   1    Federal:
   State:     0    State:
   Local:     0    Local:
Social Security Number: XXX-XX-XXXX

Vladimir Davydenkov
1338 Veterans Hwy Apt C8
Levittown, PA 19056

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 46.8000 | 38.50 | 1801.80 | 1801.80 |
| Gross Pay | | | $1,801.80 | $1,801.80 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 38.50 | 38.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -337.97 | 337.97 |
| Social Security | -111.71 | 111.71 |
| Medicare | -26.13 | 26.13 |
| Pennsylvania State Income | -55.32 | 55.32 |
| Pennsylvania State UI | -1.26 | 1.26 |
| Bensalem T Local Income | -18.02 | 18.02 |
| Net Pay | $1,251.39 | |

Your federal taxable wages this period are  $1,801.80

3-8294/2360

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

Payroll Check Number:  10152
Pay Date:              12/22/2017

Pay to the
order of:    Vladimir Davydenkov

This amount:   ONE THOUSAND TWO HUNDRED FIFTY ONE AND 39/100         $1,251.39

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10147 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

# Earnings Statement



Period Starting:  12/03/2017
Period Ending:  12/09/2017
Pay Date:  12/15/2017

Taxable Marital Status:  Single
Exemptions/Allowances:       Tax Override:
   Federal:  2       Federal:
   State:  0       State:
   Local:  0       Local:
Social Security Number:  XXX-XX-XXXX

**William Arroyo**
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 23.00 | 506.00 | 18923.11 |
| Regular | 67.3500 | 11.00 | 740.85 | |
| Gross Pay | | | $1,246.85 | $18,923.11 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 34.00 | 696.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -179.77 | 2125.33 |
| Social Security | -77.30 | 1173.23 |
| Medicare | -18.08 | 274.39 |
| Pennsylvania State Income | -38.28 | 580.90 |
| Pennsylvania State UI | -0.87 | 13.25 |
| Phila R Local Income | -48.51 | 736.60 |
| Bensalem Twp Local | -1.00 | 49.00 |
| Net Pay | $883.04 | |

Your federal taxable wages this period are  $1,246.85

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:  10147
Pay Date:  12/15/2017

Pay to the order of:  **William Arroyo**

This amount:  EIGHT HUNDRED EIGHTY THREE AND 04/100

$883.04

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10142 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting: 11/26/2017
Period Ending: 12/02/2017
Pay Date: 12/08/2017

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
   Federal: 2    Federal:
   State: 0    State:
   Local: 0    Local:
Social Security Number: XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 46.8000 | 18.00 | 842.40 | 17676.26 |
| Regular | 67.3500 | 6.00 | 404.10 | |
| Gross Pay | | | $1,246.50 | $17,676.26 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.00 | 662.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -179.68 | 1945.56 |
| Social Security | -77.28 | 1095.93 |
| Medicare | -18.08 | 256.31 |
| Pennsylvania State Income | -38.27 | 542.62 |
| Pennsylvania State UI | -0.87 | 12.38 |
| Phila R Local Income | -48.50 | 688.09 |
| Bensalem Twp Local | -1.00 | 48.00 |
| Net Pay | $882.82 | |

Your federal taxable wages this period are $1,246.50

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number: 10142
Pay Date: 12/08/2017

Pay to the order of:     William Arroyo

This amount:     EIGHT HUNDRED EIGHTY TWO AND 82/100

$882.82

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10134 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:    11/17/2017
Period Ending:     11/18/2017
Pay Date:          12/01/2017

Taxable Marital Status:  Single
Exemptions/Allowances:        Tax Override:
  Federal:   2         Federal:
  State:     0         State:
  Local:     0         Local:
Social Security Number:  XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 46.8000 | 6.50 | 304.20 | 15417.26 |
| Gross Pay | | | $304.20 | $15,417.26 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -10.42 | 1644.70 |
| Social Security | -18.86 | 955.87 |
| Medicare | -4.41 | 223.55 |
| Pennsylvania State Income | -9.34 | 473.27 |
| Pennsylvania State UI | -0.21 | 10.80 |
| Phila R Local Income | -11.84 | 600.20 |
| Net Pay | $249.12 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 6.50 | 619.50 |

Your federal taxable wages this period are  $304.20

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10134
Pay Date:               12/01/2017

Pay to the order of:       William Arroyo

This amount:    TWO HUNDRED FORTY NINE AND 12/100

THIS IS NOT A CHECK

$249.12

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10138 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES.
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:     11/19/2017
Period Ending:      11/25/2017
Pay Date:            12/01/2017

Taxable Marital Status:   Single
Exemptions/Allowances:    Tax Override:
  Federal:    2        Federal:
  State:      0        State:
  Local:      0        Local:
Social Security Number:   XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 46.8000 | 13.00 | 608.40 | 16429.76 |
| Regular | 67.3500 | 6.00 | 404.10 | |
| Gross Pay | | | $1,012.50 | $16,429.76 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 19.00 | 638.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -121.18 | 1765.88 |
| Social Security | -62.78 | 1018.65 |
| Medicare | -14.68 | 238.23 |
| Pennsylvania State Income | -31.08 | 504.35 |
| Pennsylvania State UI | -0.71 | 11.51 |
| Phila R Local Income | -39.39 | 639.59 |
| Bensalem Twp Local | -1.00 | 47.00 |
| Net Pay | $741.68 | |

Your federal taxable wages this period are  $1,012.50

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10138
Pay Date:                12/01/2017

Pay to the
order of:      William Arroyo

This amount:   SEVEN HUNDRED FORTY ONE AND 68/100        $741.68

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10128 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:    11/03/2017
Period Ending:      11/16/2017
Pay Date:           11/17/2017

| Taxable Marital Status: | Single |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal: 2 | Federal: |
| State: 0 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

**William Arroyo**
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 39.00 | 2626.65 | 15113.06 |
| Gross Pay | | | $2,626.65 | $15,113.06 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 39.00 | 613.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -392.77 | 1634.28 |
| Social Security | -162.85 | 937.01 |
| Medicare | -38.09 | 219.14 |
| Pennsylvania State Income | -80.64 | 463.93 |
| Pennsylvania State UI | -1.84 | 10.59 |
| Phila R Local Income | -102.20 | 588.36 |
| Bensalem Twp Local | -2.00 | 46.00 |
| Net Pay | $1,846.26 | |

Your federal taxable wages this period are  $2,626.65

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:  10128
Pay Date:              11/17/2017

Pay to the
order of:        William Arroyo

This amount:     ONE THOUSAND EIGHT HUNDRED FORTY SIX AND 26/100

$1,846.26

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10121 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting: 10/20/2017
Period Ending: 11/02/2017
Pay Date: 11/03/2017

| Taxable Marital Status: | Single | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 2 | Federal: |
| State: | 0 | State: |
| Local: | 0 | Local: |
| Social Security Number: | XXX-XX-XXXX | |

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 47.50 | 3199.13 | 12486.41 |
| Gross Pay | | | $3,199.13 | $12,486.41 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 47.50 | 574.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -535.89 | 1241.51 |
| Social Security | -198.35 | 774.16 |
| Medicare | -46.38 | 181.05 |
| Pennsylvania State Income | -98.21 | 383.29 |
| Pennsylvania State UI | -2.24 | 8.75 |
| Phila R Local Income | -124.47 | 486.16 |
| Bensalem Twp Local | -2.00 | 44.00 |
| Net Pay | $2,191.59 | |

Your federal taxable wages this period are $3,199.13

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number: 10121
Pay Date: 11/03/2017

Pay to the order of

William Arroyo

This amount:   TWO THOUSAND ONE HUNDRED NINETY ONE AND 59/100

$2,191.59

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10115 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   10/06/2017
Period Ending:    10/19/2017
Pay Date:         10/20/2017

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
   Federal:  2   Federal:
   State:    0   State:
   Local:    0   Local:
Social Security Number:   XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 33.00 | 2222.55 | 9287.28 |
| Gross Pay | | | $2,222.55 | $9,287.28 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 33.00 | 526.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -291.74 | 705.62 |
| Social Security | -137.80 | 575.81 |
| Medicare | -32.23 | 134.67 |
| Pennsylvania State Income | -68.23 | 285.08 |
| Pennsylvania State UI | -1.56 | 6.51 |
| Phila R Local Income | -86.47 | 361.69 |
| Bensalem Twp Local | -2.00 | 42.00 |
| Net Pay | | $1,602.52 |

Your federal taxable wages this period are  $2,222.55

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10115
Pay Date:              10/20/2017

Pay to the order of:   William Arroyo

This amount:   ONE THOUSAND SIX HUNDRED TWO AND 52/100                    $1,602.52

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10109 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



Period Starting:   09/22/2017
Period Ending:    10/05/2017
Pay Date:            10/06/2017

Taxable Marital Status:   Single
Exemptions/Allowances:           Tax Override:
  Federal:   2                 Federal:
  State:     0                 State:
  Local:     0                 Local:
Social Security Number:   XXX-XX-XXXX

**William Arroyo**
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 18.50 | 1245.98 | 7064.73 |
| Gross Pay | | | $1,245.98 | $7,064.73 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -108.96 | 413.88 |
| Social Security | -77.25 | 438.01 |
| Medicare | -18.07 | 102.44 |
| Pennsylvania State Income | -38.25 | 216.85 |
| Pennsylvania State UI | -0.87 | 4.95 |
| Phila R Local Income | -48.48 | 275.22 |
| Bensalem Twp Local | -2.00 | 40.00 |
| Net Pay | | $952.10 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 18.50 | 493.50 |

Your federal taxable wages this period are  $1,245.98

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10109
Pay Date:                      10/06/2017

Pay to the
order of:      **William Arroyo**

This amount:   NINE HUNDRED FIFTY TWO AND 10/100

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$952.10

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10103 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   09/08/2017
Period Ending:    09/21/2017
Pay Date:         09/22/2017

Taxable Marital Status:   Single
Exemptions/Allowances:        Tax Override:
  Federal:   2              Federal:
  State:     0              State:
  Local:     0              Local:
Social Security Number:   XXX-XX-XXXX

**William Arroyo**
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 5818.75 |
| Gross Pay | | | $306.25 | $5,818.75 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 475.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 304.92 |
| Social Security | -18.98 | 360.76 |
| Medicare | -4.44 | 84.37 |
| Pennsylvania State Income | -9.40 | 178.60 |
| Pennsylvania State UI | -0.22 | 4.08 |
| Phila R Local Income | -11.92 | 226.74 |
| Bensalem Twp Local | -2.00 | 38.00 |
| Net Pay | $259.29 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10103
Pay Date:               09/22/2017

Pay to the
order of:        **William Arroyo**
This amount:     TWO HUNDRED FIFTY NINE AND 29/100                    $259.29

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10097 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:  08/25/2017
Period Ending:  09/07/2017
Pay Date:  09/08/2017

Taxable Marital Status:  Single
Exemptions/Allowances:  Tax Override.
Federal:  2  Federal:
State:  0  State:
Local:  0  Local:
Social Security Number:  XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 5512.50 |
| Gross Pay | | | $306.25 | $5,512.50 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 450.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 304.92 |
| Social Security | -18.99 | 341.78 |
| Medicare | -4.44 | 79.93 |
| Pennsylvania State Income | -9.40 | 169.20 |
| Pennsylvania State UI | -0.21 | 3.86 |
| Phila R Local Income | -11.92 | 214.82 |
| Bensalem Twp Local | -2.00 | 36.00 |
| Net Pay | $259.29 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:  10097
Pay Date:  09/08/2017

Pay to the order of:  William Arroyo
This amount:  TWO HUNDRED FIFTY NINE AND 29/100

$259.29

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

THIS IS NOT A CHECK

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10091 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



Period Starting:    08/11/2017
Period Ending:    08/24/2017
Pay Date:    08/25/2017

Taxable Marital Status:    Single
Exemptions/Allowances:    Tax Override:
   Federal:    2    Federal:
   State:    0    State:
   Local:    0    Local:
Social Security Number:    XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 5206.25 |
| Gross Pay | | | $306.25 | $5,206.25 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 304.92 |
| Social Security | -18.99 | 322.79 |
| Medicare | -4.44 | 75.49 |
| Pennsylvania State Income | -9.40 | 159.80 |
| Pennsylvania State UI | -0.22 | 3.65 |
| Phila R Local Income | -11.92 | 202.90 |
| Bensalem Twp Local | -2.00 | 34.00 |
| Net Pay | $259.28 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 425.00 |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:    10091
Pay Date:    08/25/2017

Pay to the order of:    William Arroyo

This amount:    TWO HUNDRED FIFTY NINE AND 28/100

$259.28

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10085 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting: 07/28/2017
Period Ending: 08/10/2017
Pay Date: 08/11/2017

Taxable Marital Status: Single
Exemptions/Allowances:         Tax Override:
   Federal:  2        Federal:
   State:    0        State:
   Local:    0       Local:
Social Security Number:     XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 4900.00 |
| Gross Pay | | | $306.25 | $4,900.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 400.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 304.92 |
| Social Security | -18.99 | 303.80 |
| Medicare | -4.44 | 71.05 |
| Pennsylvania State Income | -9.40 | 150.40 |
| Pennsylvania State UI | -0.21 | 3.43 |
| Phila R Local Income | -11.92 | 190.98 |
| Bensalem Twp Local | -2.00 | 32.00 |
| Net Pay | $259.29 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10085
Pay Date:                         08/11/2017

Pay to the order of:     William Arroyo

This amount:     TWO HUNDRED FIFTY NINE AND 29/100

$259.29

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10078 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:    07/14/2017
Period Ending:     07/27/2017
Pay Date:           07/28/2017

Taxable Marital Status:   Single
Exemptions/Allowances:        Tax Override:
　　Federal:    2         Federal:
　　State:      0         State:
　　Local:      0         Local:
Social Security Number:   XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 4593.75 |
| Gross Pay | | | $306.25 | $4,593.75 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 375.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 304.92 |
| Social Security | -18.98 | 284.81 |
| Medicare | -4.44 | 66.61 |
| Pennsylvania State Income | -9.40 | 141.00 |
| Pennsylvania State UI | -0.22 | 3.22 |
| Phila R Local Income | -11.92 | 179.06 |
| Bensalem Twp Local | -2.00 | 30.00 |
| Net Pay | $259.29 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10078
Pay Date:                07/28/2017

Pay to the order of:   William Arroyo

This amount:   TWO HUNDRED FIFTY NINE AND 29/100

$259.29

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10072 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement

ADP

Period Starting: 06/30/2017
Period Ending: 07/13/2017
Pay Date: 07/14/2017

Taxable Marital Status: Single
Exemptions/Allowances:          Tax Override:
  Federal:  0          Federal:
  State:    0          State:
  Local:    0          Local:
Social Security Number:   XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 4287.50 |
| | | | | |
| Gross Pay | | | $306.25 | $4,287.50 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 350.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -21.78 | 304.92 |
| Social Security | -18.99 | 265.83 |
| Medicare | -4.44 | 62.17 |
| Pennsylvania State Income | -9.40 | 131.60 |
| Pennsylvania State UI | -0.21 | 3.00 |
| Phila R Local Income | -11.92 | 167.14 |
| Bensalem Twp Local | -2.00 | 28.00 |
| | | |
| Net Pay | $237.51 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number: 10072
Pay Date: 07/14/2017

Pay to the order of:   William Arroyo

This amount:   TWO HUNDRED THIRTY SEVEN AND 51/100

THIS IS NOT A CHECK

$237.51

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10067 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:    06/16/2017
Period Ending:    06/29/2017
Pay Date:    06/30/2017

Taxable Marital Status:    Single
Exemptions/Allowances:    Tax Override:
　Federal:    0    Federal:
　State:    0    State:
　Local:    0    Local:
Social Security Number:    XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 3981.25 |
| Gross Pay | | | $306.25 | $3,981.25 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -21.78 | 283.14 |
| Social Security | -18.99 | 246.84 |
| Medicare | -4.44 | 57.73 |
| Pennsylvania State Income | -9.40 | 122.20 |
| Pennsylvania State UI | -0.21 | 2.79 |
| Phila R Local Income | -11.94 | 155.22 |
| Bensalem Twp Local | -2.00 | 26.00 |
| Net Pay | $237.49 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 325.00 |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:    10067
Pay Date:    06/30/2017

Pay to the order of:    William Arroyo

This amount:    TWO HUNDRED THIRTY SEVEN AND 49/100

$237.49

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

Company Code   Loc/Dept   Number   Page
RK / ZGO 21282347   01/   10064   1 of 1
ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



Period Starting:   06/02/2017
Period Ending:   06/15/2017
Pay Date:   06/16/2017

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
Federal:   0   Federal:
State:   0   State:
Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 3675.00 |
| Gross Pay | | | $306.25 | $3,675.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 300.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -21.78 | 261.36 |
| Social Security | -18.99 | 227.85 |
| Medicare | -4.44 | 53.29 |
| Pennsylvania State Income | -9.40 | 112.80 |
| Pennsylvania State UI | -0.22 | 2.58 |
| Phila R Local Income | -11.94 | 143.28 |
| Bensalem Twp Local | -2.00 | 24.00 |
| Net Pay | $237.48 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10064
Pay Date:   06/16/2017

Pay to the
order of:   William Arroyo

This amount:   TWO HUNDRED THIRTY SEVEN AND 48/100

$237.48

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10061 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

### Earnings Statement



| | |
|---|---|
| Period Starting: | 05/19/2017 |
| Period Ending: | 06/01/2017 |
| Pay Date: | 06/02/2017 |

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
Federal:     0          Federal:
State:       0          State:
Local:       0          Local:
Social Security Number:    XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 3368.75 |
| Gross Pay | | | $306.25 | $3,368.75 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 275.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -21.78 | 239.58 |
| Social Security | -18.98 | 208.86 |
| Medicare | -4.44 | 48.85 |
| Pennsylvania State Income | -9.40 | 103.40 |
| Pennsylvania State UI | -0.21 | 2.36 |
| Phila R Local Income | -11.94 | 131.34 |
| Bensalem Twp Local | -2.00 | 22.00 |
| Net Pay | $237.50 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10061
Pay Date:               06/02/2017

Pay to the order of:    William Arroyo

This amount:    TWO HUNDRED THIRTY SEVEN AND 50/100

$237.50

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10058 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:    05/05/2017
Period Ending:      05/18/2017
Pay Date:           05/19/2017

Taxable Marital Status:     Single
Exemptions/Allowances:          Tax Override:
   Federal:    0          Federal:
   State:      0          State:
   Local:      0          Local:
Social Security Number:     XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 3062.50 |
| Gross Pay | | | $306.25 | $3,062.50 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 250.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -21.78 | 217.80 |
| Social Security | -18.99 | 189.88 |
| Medicare | -4.44 | 44.41 |
| Pennsylvania State Income | -9.40 | 94.00 |
| Pennsylvania State UI | -0.22 | 2.15 |
| Phila R Local Income | -11.94 | 119.40 |
| Bensalem Twp Local | -2.00 | 20.00 |
| Net Pay | $237.48 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10058
Pay Date:               05/19/2017

Pay to the
order of:      William Arroyo
This amount:

| TWO HUNDRED THIRTY SEVEN AND 48/100 | $237.48 |
|---|---|

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

THIS IS NOT A CHECK

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10056 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:     04/21/2017
Period Ending:      05/04/2017
Pay Date:              05/05/2017

Taxable Marital Status:     Single
Exemptions/Allowances:
   Federal:     0          Tax Override:
   State:        0          Federal:
   Local:        0          State:
              Local:
Social Security Number:     XXX-XX-XXXX

**William Arroyo**
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 2756.25 |
| Gross Pay | | | $306.25 | $2,756.25 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 225.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -21.78 | 196.02 |
| Social Security | -18.99 | 170.89 |
| Medicare | -4.44 | 39.97 |
| Pennsylvania State Income | -9.40 | 84.60 |
| Pennsylvania State UI | -0.21 | 1.93 |
| Phila R Local Income | -11.94 | 107.46 |
| Bensalem Twp Local | -2.00 | 18.00 |
| Net Pay | $237.49 | |

Your federal taxable wages this period are  $306.25

3-8294/2360

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

Payroll Check Number:   10056
Pay Date:                        05/05/2017

Pay to the order of:     **William Arroyo**

This amount:     TWO HUNDRED THIRTY SEVEN AND 49/100

$237.49

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

American Heritage

Company Code   Loc/Dept   Number   Page
RK7ZGO 21282347   01/   10054   1 of 1
ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   04/07/2017
Period Ending:   04/20/2017
Pay Date:   04/21/2017

Taxable Marital Status:   Single
Exemptions/Allowances:       Tax Override:
   Federal:   0       Federal:
   State:   0       State:
   Local:   0       Local:
Social Security Number:   XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 2450.00 |
| Gross Pay | | | $306.25 | $2,450.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 200.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -21.78 | 174.24 |
| Social Security | -18.99 | 151.90 |
| Medicare | -4.45 | 35.53 |
| Pennsylvania State Income | -9.40 | 75.20 |
| Pennsylvania State UI | -0.22 | 1.72 |
| Phila R Local Income | -11.94 | 95.52 |
| Bensalem Twp Local | -2.00 | 16.00 |
| Net Pay | $237.47 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10054
Pay Date:   04/21/2017

Pay to the order of:   William Arroyo

This amount:   TWO HUNDRED THIRTY SEVEN AND 47/100                $237.47

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10052 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   03/24/2017
Period Ending:   04/06/2017
Pay Date:   04/07/2017

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
Federal:   0   Federal:
State:   0   State:
Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 2143.75 |
| Gross Pay | | | $306.25 | $2,143.75 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 175.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -21.78 | 152.46 |
| Social Security | -18.98 | 132.91 |
| Medicare | -4.44 | 31.08 |
| Pennsylvania State Income | -9.40 | 65.80 |
| Pennsylvania State UI | -0.21 | 1.50 |
| Phila R Local Income | -11.94 | 83.58 |
| Bensalem Twp Local | -2.00 | 14.00 |
| Net Pay | $237.50 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10052
Pay Date:   04/07/2017

Pay to the order of:   William Arroyo

This amount:   TWO HUNDRED THIRTY SEVEN AND 50/100

$237.50

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10050 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

### Earnings Statement



| | |
|---|---|
| Period Starting: | 03/10/2017 |
| Period Ending: | 03/23/2017 |
| Pay Date: | 03/24/2017 |

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
Federal:     0          Federal:
State:       0          State:
Local:       0          Local:
Social Security Number:   XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 1837.50 |
| Gross Pay | | | $306.25 | $1,837.50 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 150.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -21.78 | 130.68 |
| Social Security | -18.99 | 113.93 |
| Medicare | -4.44 | 26.64 |
| Pennsylvania State Income | -9.40 | 56.40 |
| Pennsylvania State UI | -0.22 | 1.29 |
| Phila R Local Income | -11.94 | 71.64 |
| Bensalem Twp Local | -2.00 | 12.00 |
| Net Pay | $237.48 | |

Your federal taxable wages this period are $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:  10050
Pay Date:              03/24/2017

Pay to the
order of:      William Arroyo

This amount:   TWO HUNDRED THIRTY SEVEN AND 48/100                    $237.48

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10048 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   02/24/2017
Period Ending:    03/09/2017
Pay Date:         03/10/2017

Taxable Marital Status:   Single
Exemptions/Allowances:        Tax Override:
    Federal:   0           Federal:
    State:     0           State:
    Local:     0           Local:
Social Security Number:   XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 1531.25 |
| Gross Pay | | | $306.25 | $1,531.25 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 125.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -21.78 | 108.90 |
| Social Security | -18.99 | 94.94 |
| Medicare | -4.44 | 22.20 |
| Pennsylvania State Income | -9.40 | 47.00 |
| Pennsylvania State UI | -0.21 | 1.07 |
| Phila R Local Income | -11.94 | 59.70 |
| Bensalem Twp Local | -2.00 | 10.00 |
| Net Pay | $237.49 | |

Your federal taxable wages this period are  $306.25

3-8294/2360

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

Payroll Check Number:   10048
Pay Date:               03/10/2017

Pay to the order of:   William Arroyo

This amount:   TWO HUNDRED THIRTY SEVEN AND 49/100           $237.49

THIS IS NOT A CHECK   VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10046 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:  02/10/2017
Period Ending:  02/23/2017
Pay Date:  02/24/2017

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
Federal: 0  Federal:
State: 0  State:
Local: 0  Local:
Social Security Number: XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 1225.00 |
| Gross Pay | | | $306.25 | $1,225.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 100.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -21.78 | 87.12 |
| Social Security | -18.99 | 75.95 |
| Medicare | -4.44 | 17.76 |
| Pennsylvania State Income | -9.40 | 37.60 |
| Pennsylvania State UI | -0.22 | 0.86 |
| Phila R Local Income | -11.94 | 47.76 |
| Bensalem Twp Local | -2.00 | 8.00 |
| Net Pay | $237.48 | |

Your federal taxable wages this period are $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number: 10046
Pay Date: 02/24/2017

Pay to the order of:  William Arroyo

This amount: TWO HUNDRED THIRTY SEVEN AND 48/100

$237.48

VOID - NON NEGOTIABLE  VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10044 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



Period Starting: 01/27/2017
Period Ending: 02/09/2017
Pay Date: 02/10/2017

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
   Federal:  0      Federal:
   State:    0      State:
   Local:    0      Local:
Social Security Number:   XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 918.75 |
| Gross Pay | | | $306.25 | $918.75 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 75.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -21.78 | 65.34 |
| Social Security | -18.98 | 56.96 |
| Medicare | -4.44 | 13.32 |
| Pennsylvania State Income | -9.40 | 28.20 |
| Pennsylvania State UI | -0.21 | 0.64 |
| Phila R Local Income | -11.94 | 35.82 |
| Bensalem Twp Local | -2.00 | 6.00 |
| Net Pay | $237.50 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10044
Pay Date:   02/10/2017

Pay to the order of:   William Arroyo

This amount:   TWO HUNDRED THIRTY SEVEN AND 50/100

THIS IS NOT A CHECK

$237.50

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK7ZGO 21282347 | 01/ | 10042 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



Period Starting:   01/13/2017
Period Ending:    01/26/2017
Pay Date:          01/27/2017

Taxable Marital Status:   Single
Exemptions/Allowances:         Tax Override:
  Federal:   0          Federal:
  State:     0          State:
  Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 612.50 |
| Gross Pay | | | $306.25 | $612.50 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 50.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -21.78 | 43.56 |
| Social Security | -18.99 | 37.98 |
| Medicare | -4.44 | 8.88 |
| Pennsylvania State Income | -9.40 | 18.80 |
| Pennsylvania State UI | -0.22 | 0.43 |
| Phila R Local Income | -11.94 | 23.88 |
| Bensalem Twp Local | -2.00 | 4.00 |
| Net Pay | | $237.48 | |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10042
Pay Date:                01/27/2017

Pay to the
order of:        William Arroyo
This amount:     TWO HUNDRED THIRTY SEVEN AND 48/100

$237.48

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10040 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:  12/30/2016
Period Ending:  01/12/2017
Pay Date:  01/13/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0
  State:  0
  Local:  0
Social Security Number:  XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

William Arroyo
4923 C Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 25.00 | 306.25 | 306.25 |
| Gross Pay | | | $306.25 | $306.25 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -21.78 | 21.78 |
| Social Security | -18.99 | 18.99 |
| Medicare | -4.44 | 4.44 |
| Pennsylvania State Income | -9.40 | 9.40 |
| Pennsylvania State UI | -0.21 | 0.21 |
| Phila R Local Income | -11.94 | 11.94 |
| Bensalem Twp Local | -2.00 | 2.00 |
| Net Pay | $237.49 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 25.00 | 25.00 |

Your federal taxable wages this period are  $306.25

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:  10040
Pay Date:  01/13/2017

Pay to the order of:  William Arroyo

This amount:  TWO HUNDRED THIRTY SEVEN AND 49/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$237.49

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10151 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

# Earnings Statement



Period Starting:   12/03/2017
Period Ending:   12/09/2017
Pay Date:   12/15/2017

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
   Federal:   1   Federal:
   State:   0   State:
   Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

Efrain Santos
4644 Ella Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 9.00 | 606.15 | 10598.10 |
| Gross Pay | | | $606.15 | $10,598.10 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 9.00 | 394.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -63.64 | 1248.99 |
| Social Security | -37.58 | 657.08 |
| Medicare | -8.79 | 153.67 |
| Pennsylvania State Income | -18.61 | 325.37 |
| Pennsylvania State UI | -0.43 | 7.42 |
| Phila R Local Income | -23.58 | 412.34 |
| Bensalem Twp Local | -1.00 | 7.00 |
| Net Pay | $452.52 | |

Your federal taxable wages this period are  $606.15

3-8294/2360

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

Payroll Check Number:   10151
Pay Date:   12/15/2017

THIS IS NOT A CHECK

Pay to the order of:   Efrain Santos

This amount:   FOUR HUNDRED FIFTY TWO AND 52/100   $452.52

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10146 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:     11/26/2017
Period Ending:       12/02/2017
Pay Date:            12/08/2017

Taxable Marital Status:    Single
Exemptions/Allowances:        Tax Override:
  Federal:    1        Federal:
  State:      0        State:
  Local:      0        Local:
Social Security Number:    XXX-XX-XXXX

Efrain Santos
4644 Ella Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 54.2000 | 13.00 | 704.60 | 9991.95 |
| Regular | 67.3500 | 7.00 | 471.45 | |
| Gross Pay | | | $1,176.05 | $9,991.95 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 20.00 | 385.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -181.54 | 1185.35 |
| Social Security | -72.91 | 619.50 |
| Medicare | -17.05 | 144.88 |
| Pennsylvania State Income | -36.10 | 306.76 |
| Pennsylvania State UI | -0.82 | 6.99 |
| Phila R Local Income | -45.76 | 388.76 |
| Bensalem Twp Local | -1.00 | 6.00 |
| Net Pay | $820.87 | |

Your federal taxable wages this period are  $1,176.05

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:  10146
Pay Date:              12/08/2017

Pay to the
order of:          Efrain Santos

This amount:      EIGHT HUNDRED TWENTY AND 87/100                              $820.87

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

Company Code   Loc/Dept   Number   Page
RK7ZGO 21282347   01/   10137   1 of 1
ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   11/17/2017
Period Ending:   11/18/2017
Pay Date:   12/01/2017

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
   Federal:   1   Federal:
   State:   0   State:
   Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

Efrain Santos
4644 Ella Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 54.2000 | 6.50 | 352.30 | 8111.30 |
| Gross Pay | | | $352.30 | $8,111.30 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 6.50 | 352.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -25.56 | 925.40 |
| Social Security | -21.84 | 502.90 |
| Medicare | -5.10 | 117.61 |
| Pennsylvania State Income | -10.82 | 249.03 |
| Pennsylvania State UI | -0.25 | 5.68 |
| Phila R Local Income | -13.71 | 315.59 |
| Net Pay | | $275.02 |

Your federal taxable wages this period are  $352.30

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10137
Pay Date:   12/01/2017

Pay to the order of:   Efrain Santos

This amount:   TWO HUNDRED SEVENTY FIVE AND 02/100   $275.02

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK7ZGO 21282347 | 01/ | 10141 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



Period Starting:   11/19/2017
Period Ending:   11/25/2017
Pay Date:   12/01/2017

Taxable Marital Status:   Single
Exemptions/Allowances:      Tax Override:
    Federal:    1        Federal:
    State:    0        State:
    Local:    0        Local:
Social Security Number:   XXX-XX-XXXX

**Efrain Santos**
4644 Ella Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 54.2000 | 13.00 | 704.60 | 8815.90 |
| Gross Pay | | | $704.60 | $8,815.90 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 13.00 | 365.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -78.41 | 1003.81 |
| Social Security | -43.69 | 546.59 |
| Medicare | -10.22 | 127.83 |
| Pennsylvania State Income | -21.63 | 270.66 |
| Pennsylvania State UI | -0.49 | 6.17 |
| Phila R Local Income | -27.41 | 343.00 |
| Bensalem Twp Local | -1.00 | 5.00 |
| Net Pay | $521.75 | |

Your federal taxable wages this period are  $704.60

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10141
Pay Date:        12/01/2017

Pay to the
order of:      **Efrain Santos**

This amount:   FIVE HUNDRED TWENTY ONE AND 75/100     $521.75

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10133 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   11/03/2017
Period Ending:   11/16/2017
Pay Date:   11/17/2017

Taxable Marital Status:   Single
Exemptions/Allowances:        Tax Override:
　　Federal:   1      Federal:
　　State:   0      State:
　　Local:   0      Local:
Social Security Number:   XXX-XX-XXXX

Efrain Santos
4644 Ella Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 18.00 | 1212.30 | 7759.00 |
| Gross Pay | | | $1,212.30 | $7,759.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 18.00 | 346.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -127.28 | 899.84 |
| Social Security | -75.16 | 481.06 |
| Medicare | -17.58 | 112.51 |
| Pennsylvania State Income | -37.22 | 238.21 |
| Pennsylvania State UI | -0.85 | 5.43 |
| Phila R Local Income | -47.17 | 301.88 |
| Bensalem Twp Local | -2.00 | 4.00 |
| Net Pay | | $905.04 |

Your federal taxable wages this period are  $1,212.30

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10133
Pay Date:   11/17/2017

Pay to the
order of:   Efrain Santos
This amount:   NINE HUNDRED FIVE AND 04/100

THIS IS NOT A CHECK

$905.04

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

Company Code   Loc/Dept   Number   Page
RK / ZGO 21282347   01/   10127   1 of 1
ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   10/20/2017
Period Ending:   11/02/2017
Pay Date:   11/03/2017

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
Federal:   0   Federal:
State:   0   State:
Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

Efrain Santos
4644 Ella Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 32.00 | 2155.20 | 6546.70 |
| Gross Pay | | | $2,155.20 | $6,546.70 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 32.00 | 328.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -352.79 | 772.56 |
| Social Security | -133.63 | 405.90 |
| Medicare | -31.25 | 94.93 |
| Pennsylvania State Income | -66.16 | 200.99 |
| Pennsylvania State UI | -1.51 | 4.58 |
| Phila R Local Income | -83.85 | 254.71 |
| Bensalem Twp Local | -2.00 | 2.00 |
| Net Pay | $1,484.01 | |

Your federal taxable wages this period are  $2,155.20

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10127
Pay Date:   11/03/2017

Pay to the order of:   Efrain Santos

This amount:   ONE THOUSAND FOUR HUNDRED EIGHTY FOUR AND 01/100

$1,484.01

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10119 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting: 10/06/2017
Period Ending: 10/19/2017
Pay Date: 10/20/2017

Taxable Marital Status: Single
Exemptions/Allowances:           Tax Override:
  Federal:   0          Federal:
  State:    0          State:
  Local:    0          Local:
Social Security Number: XXX-XX-XXXX

Efrain Santos
4644 Ella Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 20.00 | 260.00 | 4391.50 |
| Regular | 67.3500 | 10.00 | 673.50 | |
| Gross Pay | | | $933.50 | $4,391.50 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 30.00 | 296.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -108.82 | 419.77 |
| Social Security | -57.87 | 272.27 |
| Medicare | -13.54 | 63.68 |
| Pennsylvania State Income | -28.66 | 134.83 |
| Pennsylvania State UI | -0.65 | 3.07 |
| Phila R Local Income | -36.32 | 170.86 |
| Net Pay | | $687.64 |

Your federal taxable wages this period are  $933.50

3-8294/2360

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

Payroll Check Number: 10119
Pay Date: 10/20/2017

Pay to the order of

Efrain Santos

This amount:   SIX HUNDRED EIGHTY SEVEN AND 64/100

$687.64

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10113 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   09/22/2017
Period Ending:    10/05/2017
Pay Date:         10/06/2017

Taxable Marital Status:   Single
Exemptions/Allowances:          Tax Override:
    Federal:   0          Federal:
    State:     0          State:
    Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

Efrain Santos
4644 Ella Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 68.00 | 884.00 | 3458.00 |
| Gross Pay | | | $884.00 | $3,458.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 68.00 | 266.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -101.40 | 310.95 |
| Social Security | -54.81 | 214.40 |
| Medicare | -12.82 | 50.14 |
| Pennsylvania State Income | -27.14 | 106.17 |
| Pennsylvania State UI | -0.62 | 2.42 |
| Phila R Local Income | -34.39 | 134.54 |
| Net Pay | $652.82 | |

Your federal taxable wages this period are  $884.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10113
Pay Date:               10/06/2017

Pay to the
order of:        Efrain Santos
This amount:     SIX HUNDRED FIFTY TWO AND 82/100

$652.82

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10107 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

### Earnings Statement



Period Starting:     09/08/2017
Period Ending:      09/21/2017
Pay Date:            09/22/2017

Taxable Marital Status:     Single
Exemptions/Allowances:          Tax Override:
    Federal:    0              Federal:
    State:      0              State:
    Local:      0              Local:
Social Security Number:     XXX-XX-XXXX

Efrain Santos
4644 Ella Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 36.00 | 468.00 | 2574.00 |
| Gross Pay | | | $468.00 | $2,574.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 36.00 | 198.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -39.00 | 209.55 |
| Social Security | -29.02 | 159.59 |
| Medicare | -6.78 | 37.32 |
| Pennsylvania State Income | -14.37 | 79.03 |
| Pennsylvania State UI | -0.33 | 1.80 |
| Phila R Local Income | -18.21 | 100.15 |
| Net Pay | $360.29 | |

Your federal taxable wages this period are  $468.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10107
Pay Date:               09/22/2017

Pay to the
order of      Efrain Santos
This amount:

| THREE HUNDRED SIXTY AND 29/100 | $360.29 |
|---|---|

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10101 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:    08/25/2017
Period Ending:    09/07/2017
Pay Date:    09/08/2017

Taxable Marital Status:    Single
Exemptions/Allowances:    Tax Override:
   Federal:    0    Federal:
   State:    0    State:
   Local:    0    Local:
Social Security Number:    XXX-XX-XXXX

Efrain Santos
4644 Ella Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 36.00 | 468.00 | 2106.00 |
| Gross Pay | | | $468.00 | $2,106.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 36.00 | 162.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -39.00 | 170.55 |
| Social Security | -29.01 | 130.57 |
| Medicare | -6.79 | 30.54 |
| Pennsylvania State Income | -14.37 | 64.66 |
| Pennsylvania State UI | -0.32 | 1.47 |
| Phila R Local Income | -18.21 | 81.94 |
| Net Pay | $360.30 | |

Your federal taxable wages this period are  $468.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:    10101
Pay Date:    09/08/2017

Pay to the order of:    Efrain Santos

This amount:    THREE HUNDRED SIXTY AND 30/100    $360.30

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10095 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:  08/11/2017
Period Ending:    08/24/2017
Pay Date:         08/25/2017

| Taxable Marital Status: | Single | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 0 | Federal: |
| State: | 0 | State: |
| Local: | 0 | Local: |
| Social Security Number: | XXX-XX-XXXX | |

Efrain Santos
4644 Ella Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 36.00 | 468.00 | 1638.00 |
| | | | | |
| Gross Pay | | | $468.00 | $1,638.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 36.00 | 126.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -39.00 | 131.55 |
| Social Security | -29.02 | 101.56 |
| Medicare | -6.78 | 23.75 |
| Pennsylvania State Income | -14.37 | 50.29 |
| Pennsylvania State UI | -0.33 | 1.15 |
| Phila R Local Income | -18.21 | 63.73 |
| | | |
| Net Pay | | $360.29 |

Your federal taxable wages this period are  $468.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:  10095
Pay Date:              08/25/2017

Pay to the order of:   Efrain Santos

This amount:   THREE HUNDRED SIXTY AND 29/100          $360.29

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

THIS IS NOT A CHECK

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10089 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



| Period Starting: | 07/28/2017 |
|---|---|
| Period Ending: | 08/10/2017 |
| Pay Date: | 08/11/2017 |

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
Federal:    0          Federal:
State:      0          State:
Local:      0          Local:
Social Security Number:    XXX-XX-XXXX

Efrain Santos
4644 Ella Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 36.00 | 468.00 | 1170.00 |
| Gross Pay | | | $468.00 | $1,170.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 36.00 | 90.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -39.00 | 92.55 |
| Social Security | -29.02 | 72.54 |
| Medicare | -6.79 | 16.97 |
| Pennsylvania State Income | -14.37 | 35.92 |
| Pennsylvania State UI | -0.33 | 0.82 |
| Phila R Local Income | -18.21 | 45.52 |
| Net Pay | $360.28 | |

Your federal taxable wages this period are $468.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10089
Pay Date:               08/11/2017

Pay to the order of:   Efrain Santos

This amount:   THREE HUNDRED SIXTY AND 28/100                    $360.28

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10082 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting: 07/14/2017
Period Ending: 07/27/2017
Pay Date: 07/28/2017

Taxable Marital Status: Single
Exemptions/Allowances:        Tax Override:
  Federal:  0              Federal:
  State:    0              State:
  Local:    0              Local:
Social Security Number:  XXX-XX-XXXX

Efrain Santos
4644 Ella Street
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 36.00 | 468.00 | 702.00 |
| Gross Pay | | | $468.00 | $702.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 36.00 | 54.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -39.00 | 53.55 |
| Social Security | -29.01 | 43.52 |
| Medicare | -6.79 | 10.18 |
| Pennsylvania State Income | -14.37 | 21.55 |
| Pennsylvania State UI | -0.33 | 0.49 |
| Phila R Local Income | -18.21 | 27.31 |
| Net Pay | $360.29 | |

Your federal taxable wages this period are  $468.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:  10082
Pay Date:              07/28/2017

Pay to the order of:    **Efrain Santos**

This amount:   THREE HUNDRED SIXTY AND 29/100

THIS IS NOT A CHECK

$360.29

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10076 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:     06/30/2017
Period Ending:      07/13/2017
Pay Date:              07/14/2017

Taxable Marital Status:     Single
Exemptions/Allowances:              Tax Override:
   Federal:     0                     Federal:
   State:        0                     State:
   Local:        0                     Local:
Social Security Number:     XXX-XX-XXXX

Efrain Santos
**4644 Ella Street**
Philadelphia, PA 19120

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 18.00 | 234.00 | 234.00 |
| | | | | |
| Gross Pay | | | $234.00 | $234.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 18.00 | 18.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -14.55 | 14.55 |
| Social Security | -14.51 | 14.51 |
| Medicare | -3.39 | 3.39 |
| Pennsylvania State Income | -7.18 | 7.18 |
| Pennsylvania State UI | -0.16 | 0.16 |
| Phila R Local Income | -9.10 | 9.10 |
| | | |
| Net Pay | $185.11 | |

Your federal taxable wages this period are  $234.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:     10076
Pay Date:                        07/14/2017

Pay to the
order of:              Efrain Santos

This amount:      ONE HUNDRED EIGHTY FIVE AND 11/100                    $185.11

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE      VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10157 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:  12/10/2017
Period Ending:   12/16/2017
Pay Date:        12/22/2017

Taxable Marital Status:   Single
Exemptions/Allowances:        Tax Override:
  Federal:   0         Federal:
  State:     0         State:
  Local:     0         Local:
Social Security Number:   XXX-XX-XXXX

Kris Leleniewski
604 A Spruce Street
Trenton, NJ 08638

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 20.00 | 1347.00 | 15066.06 |
| Gross Pay | | | $1,347.00 | $15,066.06 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -243.75 | 2809.87 |
| Social Security | -83.52 | 934.10 |
| Medicare | -19.53 | 218.46 |
| New Jersey State Income | -37.06 | 448.23 |
| Pennsylvania State Income | 0.00 | 0.00 |
| Pennsylvania State UI | -0.95 | 10.55 |
| Bensalem T Local Income | -13.47 | 150.65 |
| Bensalem Twp Local | -1.00 | 1.00 |
| Net Pay | $947.72 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 20.00 | 223.50 |

Your federal taxable wages this period are  $1,347.00

3-8294/2360

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

Payroll Check Number:  10157
Pay Date:              12/22/2017

Pay to the order of:      Kris Leleniewski

This amount:     NINE HUNDRED FORTY SEVEN AND 72/100          $947.72

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10149 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting: 12/03/2017
Period Ending: 12/09/2017
Pay Date: 12/15/2017

Taxable Marital Status: Single
Exemptions/Allowances:        Tax Override:
Federal:     0              Federal:
State:       0              State:
Local:       0              Local:
Social Security Number:     XXX-XX-XXXX

**Kris Leleniewski**
**604 A Spruce Street**
**Trenton, NJ 08638**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 11.00 | 740.85 | 13719.06 |
| Gross Pay | | | $740.85 | $13,719.06 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 11.00 | 203.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -95.53 | 2566.12 |
| Social Security | -45.93 | 850.58 |
| Medicare | -10.75 | 198.93 |
| New Jersey State Income | -6.77 | 411.17 |
| Pennsylvania State Income | 0.00 | 0.00 |
| Pennsylvania State UI | -0.52 | 9.60 |
| Bensalem T Local Income | -7.41 | 137.18 |
| Net Pay | $573.94 | |

Your federal taxable wages this period are  $740.85

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10149
Pay Date:               12/15/2017

Pay to the
order of:        Kris Leleniewski

This amount:     FIVE HUNDRED SEVENTY THREE AND 94/100                    $573.94

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK7ZGO 21282347 | 01/ | 10145 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**

ADP

Period Starting:    11/26/2017
Period Ending:     12/02/2017
Pay Date:          12/08/2017

Taxable Marital Status:    Single
Exemptions/Allowances:          Tax Override:
  Federal:    0          Federal:
  State:    0          State:
  Local:    0          Local:
Social Security Number:    XXX-XX-XXXX

Kris Leleniewski
604 A Spruce Street
Trenton, NJ 08638

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 7.00 | 471.45 | 12978.21 |
| Regular | 67.7600 | 13.00 | 880.88 | |
| Gross Pay | | | $1,352.33 | $12,978.21 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 20.00 | 192.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -245.08 | 2470.59 |
| Social Security | -83.85 | 804.65 |
| Medicare | -19.60 | 188.18 |
| New Jersey State Income | -37.34 | 404.40 |
| Pennsylvania State Income | 0.00 | 0.00 |
| Pennsylvania State UI | -0.94 | 9.08 |
| Bensalem T Local Income | -13.52 | 129.77 |
| Net Pay | $952.00 | |

Your federal taxable wages this period are  $1,352.33

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:    10145
Pay Date:               12/08/2017

Pay to the order of:    Kris Leleniewski
This amount:    NINE HUNDRED FIFTY TWO AND 00/100          $952.00

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10136 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting    11/17/2017
Period Ending:    11/18/2017
Pay Date:    12/01/2017

Taxable Marital Status:    Single
Exemptions/Allowances:    Tax Override:
  Federal:    0    Federal:
  State:    0    State:
  Local:    0    Local:
Social Security Number:    XXX-XX-XXXX

Kris Leleniewski
604 A Spruce Street
Trenton, NJ 08638

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.7600 | 6.50 | 440.44 | 10340.90 |
| Gross Pay | | | $440.44 | $10,340.90 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 6.50 | 153.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -50.47 | 1997.27 |
| Social Security | -27.31 | 641.14 |
| Medicare | -6.38 | 149.94 |
| New Jersey State Income | -2.49 | 333.16 |
| Pennsylvania State Income | 0.00 | 0.00 |
| Pennsylvania State UI | -0.31 | 7.24 |
| Bensalem T Local Income | -4.40 | 103.40 |
| Net Pay | | $349.08 |

Your federal taxable wages this period are  $440.44

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:    10136
Pay Date:    12/01/2017

Pay to the order of:    Kris Leleniewski

This amount:    THREE HUNDRED FORTY NINE AND 08/100

$349.08

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK7ZGO 21282347 | 01/ | 10140 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement

ADP

Period Starting: 11/19/2017
Period Ending: 11/25/2017
Pay Date: 12/01/2017

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
| | Federal: 0 | Federal: |
| | State: 0 | State: |
| | Local: 0 | Local: |
Social Security Number: XXX-XX-XXXX

**Kris Leleniewski**
604 A Spruce Street
Trenton, NJ 08638

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 6.00 | 404.10 | 11625.88 |
| Regular | 67.7600 | 13.00 | 880.88 | |
| Gross Pay | | | $1,284.98 | $11,625.88 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 19.00 | 172.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -228.24 | 2225.51 |
| Social Security | -79.66 | 720.80 |
| Medicare | -18.64 | 168.58 |
| New Jersey State Income | -33.90 | 367.06 |
| Pennsylvania State Income | 0.00 | 0.00 |
| Pennsylvania State UI | -0.90 | 8.14 |
| Bensalem T Local Income | -12.85 | 116.25 |
| Net Pay | $910.79 | |

Your federal taxable wages this period are $1,284.98

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number: 10140
Pay Date: 12/01/2017

Pay to the order of: **Kris Leleniewski**

This amount: NINE HUNDRED TEN AND 79/100

$910.79

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10130 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



Period Starting:   11/03/2017
Period Ending:    11/16/2017
Pay Date:         11/17/2017

Taxable Marital Status:   Single
Exemptions/Allowances:          Tax Override:
    Federal:   0              Federal:
    State:     0              State:
    Local:     0              Local:
Social Security Number:   XXX-XX-XXXX

Kris Leleniewski
604 A Spruce Street
Trenton, NJ 08638

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 37.50 | 2525.63 | 9900.46 |
| Gross Pay | | | $2,525.63 | $9,900.46 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 37.50 | 147.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -445.40 | 1946.80 |
| Social Security | -156.59 | 613.83 |
| Medicare | -36.62 | 143.56 |
| New Jersey State Income | -65.53 | 330.67 |
| Pennsylvania State Income | 0.00 | 0.00 |
| Pennsylvania State UI | -1.77 | 6.93 |
| Bensalem T Local Income | -25.26 | 99.00 |
| Net Pay | | $1,794.46 |

Your federal taxable wages this period are  $2,525.63

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10130
Pay Date:               11/17/2017

Pay to the
order of:        Kris Leleniewski
This amount:     ONE THOUSAND SEVEN HUNDRED NINETY FOUR AND 46/100          $1,794.46

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10125 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   10/20/2017
Period Ending:    11/02/2017
Pay Date:         11/03/2017

Taxable Marital Status:   Single
Exemptions/Allowances:        Tax Override:
  Federal:   0        Federal:
  State:     0        State:
  Local:     0        Local:
Social Security Number:   XXX-XX-XXXX

Kris Leleniewski
604 A Spruce Street
Trenton, NJ 08638

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 68.50 | 4613.48 | 7374.83 |
| Gross Pay | | | $4,613.48 | $7,374.83 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 68.50 | 109.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -997.07 | 1501.40 |
| Social Security | -286.04 | 457.24 |
| Medicare | -66.90 | 106.94 |
| New Jersey State Income | -187.58 | 265.14 |
| Pennsylvania State Income | 0.00 | 0.00 |
| Pennsylvania State UI | -3.23 | 5.16 |
| Bensalem T Local Income | -46.13 | 73.74 |
| Net Pay | | $3,026.53 |

Your federal taxable wages this period are  $4,613.48

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10125
Pay Date:               11/03/2017

Pay to the order of:   Kris Leleniewski

This amount:   THREE THOUSAND TWENTY SIX AND 53/100

$3,026.53

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK7ZGO 21282347 | 01/ | 10117 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   10/06/2017
Period Ending:   10/19/2017
Pay Date:   10/20/2017

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
   Federal:   0   Federal:
   State:   0   State:
   Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

Kris Leleniewski
604 A Spruce Street
Trenton, NJ 08638

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 67.3500 | 41.00 | 2761.35 | 2761.35 |
| | | | | |
| Gross Pay | | | $2,761.35 | $2,761.35 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 41.00 | 41.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -504.33 | 504.33 |
| Social Security | -171.20 | 171.20 |
| Medicare | -40.04 | 40.04 |
| New Jersey State Income | -77.56 | 77.56 |
| Pennsylvania State Income | 0.00 | 0.00 |
| Pennsylvania State UI | -1.93 | 1.93 |
| Bensalem T Local Income | -27.61 | 27.61 |
| | | |
| Net Pay | $1,938.68 | |

Your federal taxable wages this period are  $2,761.35

3-8294/2360

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

Payroll Check Number:   10117
Pay Date:   10/20/2017

Pay to the order of:   **Kris Leleniewski**

This amount:   ONE THOUSAND NINE HUNDRED THIRTY EIGHT AND 68/100

$1,938.68

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10111 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



Period Starting:   09/22/2017
Period Ending:   10/05/2017
Pay Date:   10/06/2017

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
   Federal:   0     Federal:
   State:   0     State:
   Local:   0     Local:
Social Security Number:   XXX-XX-XXXX

Edward Osorio
3916 Glendale Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 31.50 | 259.88 | 2239.88 |
| Gross Pay | | | $259.88 | $2,239.88 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 31.50 | 271.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -17.14 | 155.59 |
| Social Security | -16.11 | 138.87 |
| Medicare | -3.77 | 32.48 |
| Pennsylvania State Income | -7.98 | 68.78 |
| Pennsylvania State UI | -0.18 | 1.57 |
| Phila R Local Income | -10.11 | 87.17 |
| Bensalem Twp Local | -2.00 | 16.00 |
| Net Pay | $202.59 | |

Your federal taxable wages this period are  $259.88

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10111
Pay Date:   10/06/2017

Pay to the order of:   Edward Osorio

This amount:   TWO HUNDRED TWO AND 59/100

$202.59

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10105 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:     09/08/2017
Period Ending:      09/21/2017
Pay Date:             09/22/2017

Taxable Marital Status:     Single
Exemptions/Allowances:     Tax Override:
  Federal:     0          Federal:
  State:       0          State:
  Local:       0          Local:
Social Security Number:     XXX-XX-XXXX

Edward Osorio
3916 Glendale Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 60.00 | 495.00 | 1980.00 |
| Gross Pay | | | $495.00 | $1,980.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 60.00 | 240.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -43.05 | 138.45 |
| Social Security | -30.69 | 122.76 |
| Medicare | -7.18 | 28.71 |
| Pennsylvania State Income | -15.20 | 60.80 |
| Pennsylvania State UI | -0.35 | 1.39 |
| Phila R Local Income | -19.26 | 77.06 |
| Bensalem Twp Local | -2.00 | 14.00 |
| Net Pay | $377.27 | |

Your federal taxable wages this period are  $495.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10105
Pay Date:               09/22/2017

Pay to the order of:     Edward Osorio
This amount:      THREE HUNDRED SEVENTY SEVEN AND 27/100

$377.27

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

THIS IS NOT A CHECK

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10099 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



Period Starting:     08/25/2017
Period Ending:      09/07/2017
Pay Date:              09/08/2017

Taxable Marital Status:    Single
Exemptions/Allowances:    Tax Override:
   Federal:    0      Federal:
   State:      0      State:
   Local:      0      Local:
Social Security Number:   XXX-XX-XXXX

Edward Osorio
3916 Glendale Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 36.00 | 297.00 | 1485.00 |
| Gross Pay | | | $297.00 | $1,485.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 36.00 | 180.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -20.85 | 95.40 |
| Social Security | -18.41 | 92.07 |
| Medicare | -4.30 | 21.53 |
| Pennsylvania State Income | -9.12 | 45.60 |
| Pennsylvania State UI | -0.21 | 1.04 |
| Phila R Local Income | -11.56 | 57.80 |
| Bensalem Twp Local | -2.00 | 12.00 |
| Net Pay | $230.55 | |

Your federal taxable wages this period are  $297.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10099
Pay Date:                     09/08/2017

Pay to the
order of:        Edward Osorio

This amount:   TWO HUNDRED THIRTY AND 55/100

$230.55

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10093 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   08/11/2017
Period Ending:    08/24/2017
Pay Date:          08/25/2017

Taxable Marital Status:   Single
Exemptions/Allowances:         Tax Override:
   Federal:   0         Federal:
   State:     0         State:
   Local:     0         Local:
Social Security Number:   XXX-XX-XXXX

Edward Osorio
3916 Glendale Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 36.00 | 297.00 | 1188.00 |
| | | | | |
| Gross Pay | | | $297.00 | $1,188.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 36.00 | 144.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -20.85 | 74.55 |
| Social Security | -18.42 | 73.66 |
| Medicare | -4.31 | 17.23 |
| Pennsylvania State Income | -9.12 | 36.48 |
| Pennsylvania State UI | -0.20 | 0.83 |
| Phila R Local Income | -11.56 | 46.24 |
| Bensalem Twp Local | -2.00 | 10.00 |
| | | |
| Net Pay | | $230.54 |

Your federal taxable wages this period are  $297.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10093
Pay Date:                08/25/2017

Pay to the order of:   Edward Osorio

This amount:   TWO HUNDRED THIRTY AND 54/100          $230.54

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10087 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



Period Starting:    07/28/2017
Period Ending:    08/10/2017
Pay Date:    08/11/2017

Taxable Marital Status:    Single
Exemptions/Allowances:         Tax Override:
  Federal:    0         Federal:
  State:    0         State:
  Local:    0         Local:
Social Security Number:    XXX-XX-XXXX

Edward Osorio
3916 Glendale Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 36.00 | 297.00 | 891.00 |
| Gross Pay | | | $297.00 | $891.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 36.00 | 108.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -20.85 | 53.70 |
| Social Security | -18.41 | 55.24 |
| Medicare | -4.31 | 12.92 |
| Pennsylvania State Income | -9.12 | 27.36 |
| Pennsylvania State UI | -0.21 | 0.63 |
| Phila R Local Income | -11.56 | 34.68 |
| Bensalem Twp Local | -2.00 | 8.00 |
| Net Pay | $230.54 | |

Your federal taxable wages this period are  $297.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:    10087
Pay Date:    08/11/2017

Pay to the order of:    Edward Osorio

This amount:    TWO HUNDRED THIRTY AND 54/100

$230.54

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10080 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



| | |
|---|---|
| Period Starting: | 07/14/2017 |
| Period Ending: | 07/27/2017 |
| Pay Date: | 07/28/2017 |

Taxable Marital Status:   Single
Exemptions/Allowances:          Tax Override:
  Federal:     0          Federal:
  State:       0          State:
  Local:       0          Local:
Social Security Number:   XXX-XX-XXXX

Edward Osorio
3916 Glendale Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 24.00 | 198.00 | 594.00 |
| Gross Pay | | | $198.00 | $594.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.00 | 72.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -10.95 | 32.85 |
| Social Security | -12.28 | 36.83 |
| Medicare | -2.87 | 8.61 |
| Pennsylvania State Income | -6.08 | 18.24 |
| Pennsylvania State UI | -0.14 | 0.42 |
| Phila R Local Income | -7.70 | 23.12 |
| Bensalem Twp Local | -2.00 | 6.00 |
| Net Pay | $155.98 | |

Your federal taxable wages this period are  $198.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

| Payroll Check Number: | 10080 |
|---|---|
| Pay Date: | 07/28/2017 |

Pay to the
order of:      Edward Osorio

This amount:   ONE HUNDRED FIFTY FIVE AND 98/100

$155.98

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10074 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement

**ADP**

Period Starting: 06/30/2017
Period Ending: 07/13/2017
Pay Date: 07/14/2017

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
Federal: 0     Federal:
State: 0       State:
Local: 0       Local:
Social Security Number: XXX-XX-XXXX

Edward Osorio
3916 Glendale Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 24.00 | 198.00 | 396.00 |
| Gross Pay | | | $198.00 | $396.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.00 | 48.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -10.95 | 21.90 |
| Social Security | -12.27 | 24.55 |
| Medicare | -2.87 | 5.74 |
| Pennsylvania State Income | -6.08 | 12.16 |
| Pennsylvania State UI | -0.14 | 0.28 |
| Phila R Local Income | -7.70 | 15.42 |
| Bensalem Twp Local | -2.00 | 4.00 |
| Net Pay | $155.99 | |

Your federal taxable wages this period are $198.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number: 10074
Pay Date: 07/14/2017

Pay to the order of: Edward Osorio

This amount: ONE HUNDRED FIFTY FIVE AND 99/100

$155.99

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10069 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



Period Starting:   06/16/2017
Period Ending:    06/29/2017
Pay Date:          06/30/2017

Taxable Marital Status:   Single
Exemptions/Allowances:      Tax Override:
  Federal:   0        Federal:
  State:     0        State:
  Local:     0        Local:
Social Security Number:   XXX-XX-XXXX

Edward Osorio
3916 Glendale Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 24.00 | 198.00 | 198.00 |
| Gross Pay | | | $198.00 | $198.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.00 | 24.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -10.95 | 10.95 |
| Social Security | -12.28 | 12.28 |
| Medicare | -2.87 | 2.87 |
| Pennsylvania State Income | -6.08 | 6.08 |
| Pennsylvania State UI | -0.14 | 0.14 |
| Phila R Local Income | -7.72 | 7.72 |
| Bensalem Twp Local | -2.00 | 2.00 |
| Net Pay | $155.96 | |

Your federal taxable wages this period are  $198.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10069
Pay Date:                06/30/2017

Pay to the order of:   Edward Osorio

This amount:   ONE HUNDRED FIFTY FIVE AND 96/100                    $155.96

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK7ZGO 21282347 | 01/ | 10158 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:    12/10/2017
Period Ending:    12/16/2017
Pay Date:    12/22/2017

Taxable Marital Status:    Single
Exemptions/Allowances:    Tax Override:
Federal:    0    Federal:
State:    0    State:
Local:    0    Local:
Social Security Number:    XXX-XX-XXXX

Jennifer Prescott
2025 Margaret Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 30.00 | 600.00 | 2800.00 |
| Gross Pay | | | $600.00 | $2,800.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 30.00 | 118.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -74.40 | 197.05 |
| Social Security | -37.20 | 173.60 |
| Medicare | -8.70 | 40.60 |
| Pennsylvania State Income | -18.42 | 85.96 |
| Pennsylvania State UI | -0.42 | 1.96 |
| Phila R Local Income | -23.34 | 108.94 |
| Bensalem Twp Local | -1.00 | 23.00 |
| Net Pay | $436.52 | |

Your federal taxable wages this period are  $600.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:    10158
Pay Date:    12/22/2017

Pay to the
order of:    Jennifer Prescott

This amount:    FOUR HUNDRED THIRTY SIX AND 52/100

$436.52

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10131 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting: 11/03/2017
Period Ending: 11/16/2017
Pay Date: 11/17/2017

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
Federal:  0        Federal:
State:  0        State:
Local:  0        Local:
Social Security Number:   XXX-XX-XXXX

Jennifer Prescott
2025 Margaret Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 8.00 | 200.00 | 2200.00 |
| Gross Pay | | | $200.00 | $2,200.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 8.00 | 88.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -11.15 | 122.65 |
| Social Security | -12.40 | 136.40 |
| Medicare | -2.90 | 31.90 |
| Pennsylvania State Income | -6.14 | 67.54 |
| Pennsylvania State UI | -0.14 | 1.54 |
| Phila R Local Income | -7.78 | 85.60 |
| Bensalem Twp Local | -2.00 | 22.00 |
| Net Pay | | $157.49 |

Your federal taxable wages this period are  $200.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:  10131
Pay Date:  11/17/2017

Pay to the order of:       **Jennifer Prescott**
This amount:

ONE HUNDRED FIFTY SEVEN AND 49/100

THIS IS NOT A CHECK

$157.49

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10126 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   10/20/2017
Period Ending:    11/02/2017
Pay Date:         11/03/2017

Taxable Marital Status:   Single
Exemptions/Allowances:    Tax Override:
  Federal:   0     Federal:
  State:     0     State:
  Local:     0     Local:
Social Security Number:   XXX-XX-XXXX

Jennifer Prescott
2025 Margaret Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 8.00 | 200.00 | 2000.00 |
| Gross Pay | | | $200.00 | $2,000.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 8.00 | 80.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -11.15 | 111.50 |
| Social Security | -12.40 | 124.00 |
| Medicare | -2.90 | 29.00 |
| Pennsylvania State Income | -6.14 | 61.40 |
| Pennsylvania State UI | -0.14 | 1.40 |
| Phila R Local Income | -7.78 | 77.82 |
| Bensalem Twp Local | -2.00 | 20.00 |
| Net Pay | $157.49 | |

Your federal taxable wages this period are  $200.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10126
Pay Date:               11/03/2017

Pay to the
order of:   Jennifer Prescott

This amount:   ONE HUNDRED FIFTY SEVEN AND 49/100

$157.49

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10118 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   10/06/2017
Period Ending:   10/19/2017
Pay Date:   10/20/2017

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
   Federal:   0   Federal:
   State:   0   State:
   Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

Jennifer Prescott
2025 Margaret Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 8.00 | 200.00 | 1800.00 |
| Gross Pay | | | $200.00 | $1,800.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 8.00 | 72.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -11.15 | 100.35 |
| Social Security | -12.40 | 111.60 |
| Medicare | -2.90 | 26.10 |
| Pennsylvania State Income | -6.14 | 55.26 |
| Pennsylvania State UI | -0.14 | 1.26 |
| Phila R Local Income | -7.78 | 70.04 |
| Bensalem Twp Local | -2.00 | 18.00 |
| Net Pay | | $157.49 |

Your federal taxable wages this period are  $200.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10118
Pay Date:   10/20/2017

Pay to the order of:   **Jennifer Prescott**

This amount:   ONE HUNDRED FIFTY SEVEN AND 49/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$157.49

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK7ZGO 21282347 | 01/ | 10112 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   09/22/2017
Period Ending:     10/05/2017
Pay Date:          10/06/2017

Taxable Marital Status:   Single
Exemptions/Allowances:       Tax Override:
  Federal:   0        Federal:
  State:     0        State:
  Local:     0        Local:
Social Security Number:   XXX-XX-XXXX

Jennifer Prescott
2025 Margaret Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 8.00 | 200.00 | 1600.00 |
| Gross Pay | | | $200.00 | $1,600.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 8.00 | 64.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -11.15 | 89.20 |
| Social Security | -12.40 | 99.20 |
| Medicare | -2.90 | 23.20 |
| Pennsylvania State Income | -6.14 | 49.12 |
| Pennsylvania State UI | -0.14 | 1.12 |
| Phila R Local Income | -7.78 | 62.26 |
| Bensalem Twp Local | -2.00 | 16.00 |
| Net Pay | $157.49 | |

Your federal taxable wages this period are  $200.00

3-8294/2360

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

Payroll Check Number:   10112
Pay Date:               10/06/2017

Pay to the
order of:       Jennifer Prescott

This amount:   ONE HUNDRED FIFTY SEVEN AND 49/100                $157.49

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10106 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:    09/08/2017
Period Ending:    09/21/2017
Pay Date:    09/22/2017

Taxable Marital Status:    Single
Exemptions/Allowances:        Tax Override:
    Federal:    0        Federal:
    State:    0        State:
    Local:    0        Local:
Social Security Number:    XXX-XX-XXXX

Jennifer Prescott
2025 Margaret Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 8.00 | 200.00 | 1400.00 |
| Gross Pay | | | $200.00 | $1,400.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 8.00 | 56.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -11.15 | 78.05 |
| Social Security | -12.40 | 86.80 |
| Medicare | -2.90 | 20.30 |
| Pennsylvania State Income | -6.14 | 42.98 |
| Pennsylvania State UI | -0.14 | 0.98 |
| Phila R Local Income | -7.78 | 54.48 |
| Bensalem Twp Local | -2.00 | 14.00 |
| Net Pay | $157.49 | |

Your federal taxable wages this period are  $200.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10106
Pay Date:    09/22/2017

Pay to the order of:    Jennifer Prescott

This amount:    ONE HUNDRED FIFTY SEVEN AND 49/100

$157.49

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10100 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   08/25/2017
Period Ending:   09/07/2017
Pay Date:   09/08/2017

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
   Federal:   0   Federal:
   State:   0   State:
   Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

Jennifer Prescott
2025 Margaret Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 8.00 | 200.00 | 1200.00 |
| Gross Pay | | | $200.00 | $1,200.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 8.00 | 48.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -11.15 | 66.90 |
| Social Security | -12.40 | 74.40 |
| Medicare | -2.90 | 17.40 |
| Pennsylvania State Income | -6.14 | 36.84 |
| Pennsylvania State UI | -0.14 | 0.84 |
| Phila R Local Income | -7.78 | 46.70 |
| Bensalem Twp Local | -2.00 | 12.00 |
| Net Pay | $157.49 | |

Your federal taxable wages this period are  $200.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10100
Pay Date:   09/08/2017

Pay to the order of:   Jennifer Prescott
This amount:   ONE HUNDRED FIFTY SEVEN AND 49/100

THIS IS NOT A CHECK

$157.49

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10094 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting: 08/11/2017
Period Ending: 08/24/2017
Pay Date: 08/25/2017

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
Federal: 0     Federal:
State: 0        State:
Local: 0        Local:
Social Security Number: XXX-XX-XXXX

Jennifer Prescott
2025 Margaret Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 8.00 | 200.00 | 1000.00 |
| Gross Pay | | | $200.00 | $1,000.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 8.00 | 40.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | −11.15 | 55.75 |
| Social Security | −12.40 | 62.00 |
| Medicare | −2.90 | 14.50 |
| Pennsylvania State Income | −6.14 | 30.70 |
| Pennsylvania State UI | −0.14 | 0.70 |
| Phila R Local Income | −7.78 | 38.92 |
| Bensalem Twp Local | −2.00 | 10.00 |
| Net Pay | $157.49 | |

Your federal taxable wages this period are $200.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number: 10094
Pay Date: 08/25/2017

Pay to the order of:   Jennifer Prescott

This amount:   ONE HUNDRED FIFTY SEVEN AND 49/100        $157.49

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10088 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting:   07/28/2017
Period Ending:    08/10/2017
Pay Date:          08/11/2017

Taxable Marital Status:   Single
Exemptions/Allowances:      Tax Override:
Federal:    0          Federal:
State:       0          State:
Local:       0          Local:
Social Security Number:    XXX-XX-XXXX

Jennifer Prescott
2025 Margaret Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 8.00 | 200.00 | 800.00 |
| Gross Pay | | | $200.00 | $800.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 8.00 | 32.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -11.15 | 44.60 |
| Social Security | -12.40 | 49.60 |
| Medicare | -2.90 | 11.60 |
| Pennsylvania State Income | -6.14 | 24.56 |
| Pennsylvania State UI | -0.14 | 0.56 |
| Phila R Local Income | -7.78 | 31.14 |
| Bensalem Twp Local | -2.00 | 8.00 |
| Net Pay | $157.49 | |

Your federal taxable wages this period are  $200.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:  10088
Pay Date:                 08/11/2017

Pay to the
order of:        Jennifer Prescott
This amount:     ONE HUNDRED FIFTY SEVEN AND 49/100                                        $157.49

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10081 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

### Earnings Statement



Period Starting:    07/14/2017
Period Ending:     07/27/2017
Pay Date:          07/28/2017

Taxable Marital Status:  Single
Exemptions/Allowances:        Tax Override:
   Federal:   0       Federal:
   State:     0       State:
   Local:     0       Local:
Social Security Number:    XXX-XX-XXXX

Jennifer Prescott
2025 Margaret Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 8.00 | 200.00 | 600.00 |
| Gross Pay | | | $200.00 | $600.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 8.00 | 24.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | −11.15 | 33.45 |
| Social Security | −12.40 | 37.20 |
| Medicare | −2.90 | 8.70 |
| Pennsylvania State Income | −6.14 | 18.42 |
| Pennsylvania State UI | −0.14 | 0.42 |
| Phila R Local Income | −7.78 | 23.36 |
| Bensalem Twp Local | −2.00 | 6.00 |
| Net Pay | $157.49 | |

Your federal taxable wages this period are  $200.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10081
Pay Date:               07/28/2017

Pay to the
order of:          Jennifer Prescott
This amount:     ONE HUNDRED FIFTY SEVEN AND 49/100

THIS IS NOT A CHECK

$157.49

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK7ZGO 21282347 | 01/ | 10075 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

**Earnings Statement**



| Period Starting: | 06/30/2017 |
|---|---|
| Period Ending: | 07/13/2017 |
| Pay Date: | 07/14/2017 |

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
| | Federal: | 0 | Federal: |
| | State: | 0 | State: |
| | Local: | 0 | Local: |
Social Security Number:   XXX-XX-XXXX

Jennifer Prescott
2025 Margaret Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 8.00 | 200.00 | 400.00 |
| Gross Pay | | | $200.00 | $400.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 8.00 | 16.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -11.15 | 22.30 |
| Social Security | -12.40 | 24.80 |
| Medicare | -2.90 | 5.80 |
| Pennsylvania State Income | -6.14 | 12.28 |
| Pennsylvania State UI | -0.14 | 0.28 |
| Phila R Local Income | -7.78 | 15.58 |
| Bensalem Twp Local | -2.00 | 4.00 |
| Net Pay | $157.49 | |

Your federal taxable wages this period are  $200.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

| Payroll Check Number: | 10075 |
|---|---|
| Pay Date: | 07/14/2017 |

Pay to the
order of:        Jennifer Prescott

This amount:    ONE HUNDRED FIFTY SEVEN AND 49/100

$157.49

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / ZGO 21282347 | 01/ | 10070 | 1 of 1 |

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

## Earnings Statement



Period Starting: 06/16/2017
Period Ending: 06/29/2017
Pay Date: 06/30/2017

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
   Federal:   0   Federal:
   State:     0   State:
   Local:     0   Local:
Social Security Number:   XXX-XX-XXXX

Jennifer Prescott
2025 Margaret Street
Philadelphia, PA 19124

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 8.00 | 200.00 | 200.00 |
| Gross Pay | | | $200.00 | $200.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 8.00 | 8.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -11.15 | 11.15 |
| Social Security | -12.40 | 12.40 |
| Medicare | -2.90 | 2.90 |
| Pennsylvania State Income | -6.14 | 6.14 |
| Pennsylvania State UI | -0.14 | 0.14 |
| Phila R Local Income | -7.80 | 7.80 |
| Bensalem Twp Local | -2.00 | 2.00 |
| Net Pay | $157.47 | |

Your federal taxable wages this period are  $200.00

ASPEN CONSTRUCTION SERVICES
4201 NESHAMINY BLVD STE 108
BENSALEM, PA 19020

3-8294/2360

Payroll Check Number:   10070
Pay Date:   06/30/2017

Pay to the order of:   Jennifer Prescott
This amount:   ONE HUNDRED FIFTY SEVEN AND 47/100

$157.47

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

American Heritage

# EXHIBIT   "B"

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ARROYO, on behalf of Himself and all others similarly situated, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 219-cv-05317-JHS |
| ASPEN CONSTRUCTION SERVICES, INC. and KRZYSZTOF KACZMARCZYK, | : <br> : <br> : <br> : |
| Defendants. | : <br> : <br> : <br> : |

## <u>AFFIDAVIT OF KRZYSZTOF KACZMARCZYK</u>

Krzysztof Kaczmarczyk, of full age, hereby certifies as follows:

1.     I am the president of Aspen Construction Services, Inc. (hereinafter referred to as "Aspen.")

2.     All employees of Aspen were required to fill out time records and/or confirm the amount of hours they worked for Aspen during a particular work week and/or two-hour time period.

3.     Aspen paid its employees consistent with the amount of hours worked.

4.     William Arroyo approached Krzysztof Kaczmarczyk on behalf of Aspen and requested that he be paid, in part, in cash for personal reasons.

5.     These cash payments were made to William Arroyo solely at his request.  At no time, were such cash payments made in any effort whatsoever to avoid the payment of overtime. Rather, William Arroyo was paid for the entire amount of hours worked at Aspen.

6.      In fact, William Arroyo specifically requested that <u>all</u> of his money be paid to him in cash.  However, I informed Mr. Arroyo  that at minimum, some of his hours needed to be placed on Aspen's payroll.

7.      When I informed Mr. Arroyo that he needed to be 100% on the payroll, he became angry and started skipping days from work.   Upon discussion, Mr. Arroyo again requested that he be paid in cash.   Therefore, I continued with the partial cash payment arrangement as requested by Mr. Arroyo.

Krzysztof Kaczmarczyk

Dated:  May 11, 2020

CLAC 5604861.1

# EXHIBIT  "C"

Company: ASPEN CONSTRUCTION SERVICES    Report: Payroll Summary    Check Dates From: 1/13/2017 - Payroll 1    To: 12/22/2017 - Payroll 2

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No. | Employer Liability | Total Expense |
|---|---|---|---|---|---|---|---|---|---|
| 1/13/2017 | Arroyo, William | 25 | 306.25 | 68.76 | 0 | 237.49 | 10040 | 34.49 | 340.74 |
| 1/27/2017 | Arroyo, William | 25 | 306.25 | 68.77 | 0 | 237.48 | 10042 | 34.49 | 340.74 |
| 2/10/2017 | Arroyo, William | 25 | 306.25 | 68.75 | 0 | 237.5 | 10044 | 34.49 | 340.74 |
| 2/24/2017 | Arroyo, William | 25 | 306.25 | 68.77 | 0 | 237.48 | 10046 | 34.49 | 340.74 |
| 3/10/2017 | Arroyo, William | 25 | 306.25 | 68.76 | 0 | 237.49 | 10048 | 33.37 | 339.62 |
| 3/24/2017 | Arroyo, William | 25 | 306.25 | 68.77 | 0 | 237.48 | 10050 | 33.37 | 339.62 |
| 4/7/2017 | Arroyo, William | 25 | 306.25 | 68.75 | 0 | 237.5 | 10052 | 33.37 | 339.62 |
| 4/21/2017 | Arroyo, William | 25 | 306.25 | 68.78 | 0 | 237.47 | 10054 | 33.37 | 339.62 |
| 5/5/2017 | Arroyo, William | 25 | 306.25 | 68.76 | 0 | 237.49 | 10056 | 33.37 | 339.62 |
| 5/19/2017 | Arroyo, William | 25 | 306.25 | 68.77 | 0 | 237.48 | 10058 | 33.37 | 339.62 |
| 6/2/2017 | Arroyo, William | 25 | 306.25 | 68.75 | 0 | 237.5 | 10061 | 33.37 | 339.62 |
| 6/16/2017 | Arroyo, William | 25 | 306.25 | 68.77 | 0 | 237.48 | 10064 | 33.37 | 339.62 |
| 6/30/2017 | Arroyo, William | 25 | 306.25 | 68.76 | 0 | 237.49 | 10067 | 33.37 | 339.62 |
| 7/14/2017 | Arroyo, William | 25 | 308.25 | 68.74 | 0 | 237.51 | 10072 | 33.37 | 339.62 |
| 7/28/2017 | Arroyo, William | 25 | 306.25 | 46.96 | 0 | 259.29 | 10078 | 33.37 | 339.62 |
| 8/11/2017 | Arroyo, William | 25 | 306.25 | 46.96 | 0 | 259.29 | 10085 | 33.37 | 339.62 |
| 8/25/2017 | Arroyo, William | 25 | 306.25 | 46.97 | 0 | 259.28 | 10091 | 33.37 | 339.62 |
| 9/8/2017 | Arroyo, William | 25 | 306.25 | 46.96 | 0 | 259.29 | 10097 | 33.37 | 339.62 |
| 9/22/2017 | Arroyo, William | 25 | 306.25 | 46.96 | 0 | 259.29 | 10103 | 33.37 | 339.62 |
| 10/6/2017 | Arroyo, William | 18.5 | 1,245.58 | 293.88 | 0 | 952.1 | 10109 | 135.35 | 1,381.33 |
| 10/20/2017 | Arroyo, William | 33 | 2,222.55 | 620.03 | 0 | 1,602.52 | 10115 | 228.78 | 2,451.33 |
| 11/3/2017 | Arroyo, William | 47.5 | 3,199.13 | 1,007.54 | 0 | 2,191.59 | 10121 | 256.97 | 3,466.10 |
| 11/17/2017 | Arroyo, William | 39 | 2,626.65 | 780.39 | 0 | 1,846.36 | 10128 | 200.94 | 2,827.59 |
| 11/3/2017 | Arroyo, William Joel | 23.5 | 1,582.73 | 444.03 | 0 | 1,138.70 | 10122 | 172.42 | 1,755.15 |
| 11/3/2017 | Arroyo, William Josue | 19.5 | 1,313.33 | 360.61 | 0 | 952.72 | 10123 | 143.07 | 1,456.40 |
| 1/13/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.98 | 0 | 259.27 | 10041 | 34.49 | 340.74 |
| 1/27/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.99 | 0 | 259.26 | 10043 | 34.49 | 340.74 |
| 2/10/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.97 | 0 | 259.28 | 10045 | 34.49 | 340.74 |
| 2/24/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.99 | 0 | 259.27 | 10047 | 34.49 | 340.74 |
| 3/10/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.98 | 0 | 259.26 | 10049 | 33.37 | 339.62 |
| 3/24/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.99 | 0 | 259.27 | 10051 | 33.37 | 339.62 |
| 4/7/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.98 | 0 | 259.28 | 10053 | 33.37 | 339.62 |
| 4/21/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 47 | 0 | 259.25 | 10055 | 33.37 | 339.62 |
| 5/5/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.98 | 0 | 259.27 | 10057 | 33.37 | 339.62 |
| 5/19/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.99 | 0 | 259.26 | 10059 | 33.37 | 339.62 |
| 6/2/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.97 | 0 | 259.28 | 10062 | 33.37 | 339.62 |
| 6/16/2017 | Kaczmarczyk, Krzysztof | 25 | 305.25 | 46.99 | 0 | 259.26 | 10065 | 33.37 | 339.62 |
| 6/30/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.98 | 0 | 259.27 | 10068 | 33.37 | 339.62 |
| 7/14/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.96 | 0 | 259.29 | 10073 | 33.37 | 339.62 |

KK - 5

| Date | Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7/28/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.96 | 0 | 259.29 | 10079 | 33.37 | 339.62 |
| 8/11/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.96 | 0 | 259.29 | 10086 | 33.37 | 339.62 |
| 8/25/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.97 | 0 | 259.28 | 10092 | 33.37 | 339.62 |
| 9/8/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.96 | 0 | 259.29 | 10098 | 33.37 | 339.62 |
| 9/22/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.96 | 0 | 259.29 | 10104 | 33.37 | 339.62 |
| 10/6/2017 | Kaczmarczyk, Krzysztof | 25 | 306.25 | 46.96 | 0 | 259.29 | 10110 | 33.37 | 339.62 |
| 10/20/2017 | Leleniewski, Kris | 11 | 740.85 | 151.57 | 0 | 589.28 | 10116 | 80.7 | 821.55 |
| 11/3/2017 | Leleniewski, Kris | 35.5 | 2,390.93 | 625.88 | 0 | 1,765.05 | 10124 | 246.91 | 2,637.84 |
| 11/17/2017 | Leleniewski, Kris | 32.5 | 2,188.88 | 565.9 | 0 | 1,622.98 | 10117 | 180.49 | 2,369.37 |
| 11/17/2017 | Leleniewski, Kris | 41 | 2,761.35 | 822.67 | 0 | 1,938.68 | 10125 | 300.8 | 3,062.15 |
| 12/20/2017 | Leleniewski, Kris | 68.5 | 4,613.48 | 1,586.95 | 0 | 3,026.53 | 10129 | 500.32 | 5,113.80 |
| 1/13/2017 | Leleniewski, Kris | 37.5 | 2,525.63 | 731.17 | 0 | 1,794.46 | 10130 | 256 | 2,781.63 |
| 6/30/2017 | Osorio, Edward | 24 | 198 | 42.04 | 0 | 155.96 | 10069 | 21.57 | 219.57 |
| 7/14/2017 | Osorio, Edward | 24 | 198 | 42.01 | 0 | 155.99 | 10074 | 21.57 | 219.57 |
| 7/28/2017 | Osorio, Edward | 24 | 198 | 42.02 | 0 | 155.98 | 10080 | 21.57 | 219.57 |
| 8/11/2017 | Osorio, Edward | 36 | 297 | 66.46 | 0 | 230.54 | 10087 | 32.35 | 329.35 |
| 8/25/2017 | Osorio, Edward | 36 | 297 | 66.46 | 0 | 230.54 | 10093 | 32.35 | 329.35 |
| 9/8/2017 | Osorio, Edward | 36 | 297 | 66.45 | 0 | 230.55 | 10099 | 32.35 | 329.35 |
| 9/22/2017 | Osorio, Edward | 60 | 495 | 117.73 | 0 | 377.27 | 10105 | 53.92 | 548.92 |
| 10/6/2017 | Osorio, Edward | 31.5 | 259.88 | 57.29 | 0 | 202.59 | 10111 | 28.31 | 288.19 |
| 6/30/2017 | Prescott, Jennifer | 8 | 200 | 42.53 | 0 | 157.47 | 10070 | 21.79 | 221.79 |
| 7/14/2017 | Prescott, Jennifer | 8 | 200 | 42.51 | 0 | 157.49 | 10075 | 21.79 | 221.79 |
| 7/28/2017 | Prescott, Jennifer | 8 | 200 | 42.51 | 0 | 157.49 | 10081 | 21.79 | 221.79 |
| 8/11/2017 | Prescott, Jennifer | 8 | 200 | 42.51 | 0 | 157.49 | 10088 | 21.79 | 221.79 |
| 8/25/2017 | Prescott, Jennifer | 8 | 200 | 42.51 | 0 | 157.49 | 10094 | 21.79 | 221.79 |
| 9/8/2017 | Prescott, Jennifer | 8 | 200 | 42.51 | 0 | 157.49 | 10100 | 21.79 | 221.79 |
| 9/22/2017 | Prescott, Jennifer | 8 | 200 | 42.51 | 0 | 157.49 | 10106 | 21.79 | 221.79 |
| 10/20/2017 | Prescott, Jennifer | 8 | 200 | 42.51 | 0 | 157.49 | 10112 | 21.79 | 221.79 |
| 11/3/2017 | Prescott, Jennifer | 8 | 200 | 42.51 | 0 | 157.49 | 10118 | 21.79 | 221.79 |
| 11/17/2017 | Prescott, Jennifer | 8 | 200 | 42.51 | 0 | 157.49 | 10126 | 21.79 | 221.79 |
| 11/17/2017 | Rodriguez, Emilio | 18 | 404.1 | 77.31 | 0 | 326.79 | 10131 | 44.01 | 448.11 |
| 7/14/2017 | Santos, Efrain | | 234 | 48.89 | 0 | 185.11 | 10132 | 25.4 | 259.49 |
| 7/28/2017 | Santos, Efrain | 36 | 468 | 107.71 | 0 | 360.29 | 10076 | 50.99 | 518.98 |
| 8/11/2017 | Santos, Efrain | 36 | 468 | 107.72 | 0 | 360.28 | 10082 | 50.99 | 518.98 |
| 8/25/2017 | Santos, Efrain | 36 | 468 | 107.71 | 0 | 360.29 | 10089 | 50.99 | 518.98 |
| 9/8/2017 | Santos, Efrain | 36 | 468 | 107.7 | 0 | 360.3 | 10095 | 50.99 | 518.98 |
| 9/22/2017 | Santos, Efrain | 36 | 468 | 107.7 | 0 | 360.3 | 10101 | 50.99 | 518.98 |
| 10/6/2017 | Santos, Efrain | 68 | 884 | 231.18 | 0 | 652.82 | 10107 | 96.3 | 980.3 |
| 10/20/2017 | Santos, Efrain | 68 | 933.5 | 245.86 | 0 | 687.64 | 10113 | 101.7 | 1,035.20 |
| 11/3/2017 | Santos, Efrain | 30 | 2,155.20 | 671.19 | 0 | 1,484.01 | 10119 | 234.77 | 2,389.97 |

**Pay Frequency Totals: Biweekly**
Total Net Pays for Biweekly frequency; 94

| Date | Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/17/2017 | Santos, Efrain | 18 | 1,212.30 | 307.26 | 0 | 905.04 | 10133 | 127.51 | 1,339.81 |
| 5/19/2017 | Walczak, Greg | 80 | 1,440.00 | 398.35 | 0 | 1,041.65 | 10060 | 156.86 | 1,596.86 |
| 6/2/2017 | Walczak, Greg | 80 | 1,440.00 | 398.35 | 0 | 1,041.65 | 10063 | 156.86 | 1,596.86 |
| 6/16/2017 | Walczak, Greg | 80 | 1,440.00 | 398.34 | 0 | 1,041.66 | 10066 | 156.86 | 1,596.86 |
| 6/30/2017 | Walczak, Greg | 80 | 1,440.00 | 398.35 | 0 | 1,041.65 | 10071 | 156.86 | 1,596.86 |
| 7/14/2017 | Walczak, Greg | 80 | 1,440.00 | 398.21 | 0 | 1,041.79 | 10077 | 155.66 | 1,595.66 |
| 7/28/2017 | Walczak, Greg | 80 | 1,440.00 | 396.21 | 0 | 1,043.79 | 10084 | 148.22 | 1,588.22 |
| 7/28/2017 | Walczak, Greg | 120 | 2,160.00 | 673.09 | 0 | 1,486.91 | 10083 | 222.34 | 2,382.34 |
| 8/11/2017 | Walczak, Greg | 80 | 1,440.00 | 398.2 | 0 | 1,041.80 | 10090 | 139.5 | 1,579.50 |
| 8/25/2017 | Walczak, Greg | 80 | 1,440.00 | 398.21 | 0 | 1,041.79 | 10096 | 110.16 | 1,550.16 |
| 9/8/2017 | Walczak, Greg | 80 | 1,440.00 | 398.21 | 0 | 1,041.79 | 10102 | 110.16 | 1,550.16 |
| 9/22/2017 | Walczak, Greg | 80 | 1,440.00 | 398.21 | 0 | 1,041.79 | 10108 | 110.16 | 1,550.16 |
| 10/6/2017 | Walczak, Greg | 80 | 1,440.00 | 398.21 | 0 | 1,041.79 | 10114 | 110.16 | 1,550.16 |
| 10/20/2017 | Walczak, Greg | 80 | 1,440.00 | 398.21 | 0 | 1,041.79 | 10120 | 110.16 | 1,550.16 |
| 7/28/2017 - | Walczak, Greg | -120 | -2,160.00 | -673.09 | 0 | -1,486.91 | 10083 | -222.34 | -2,382.34 |
| Void | | | | | | | | | |
| **Pay Frequency Totals:Biweekly** | | 3,053.50 | $69,238.22 | $17,992.89 | $0.00 | $51,245.23 | | $7,003.17 | $76,241.39 |

**Pay Frequency: Weekly**
Total Net Pays for Weekly frequency; 25

| Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Arroyo, William | 20 | 1,347.00 | 403.56 | 0 | 943.44 | 10164 | 103.04 | 1,450.04 |
| Dzevyderski, Vladimir | 38.5 | 1,901.80 | 550.41 | 0 | 1,251.39 | 10152 | 196.28 | 1,998.00 |
| Kacamarczyk, Krzysztof | 20 | 1,347.00 | 357.92 | 0 | 989.08 | 10155 | 103.04 | 1,450.04 |
| Klebaus, Bogdan | 38.5 | 1,801.80 | 447.85 | 0 | 1,353.95 | 10153 | 208.11 | 2,009.91 |
| Klebaus, Bogdan | 20 | 975 | 203.36 | 0 | 771.64 | 10156 | 112.73 | 1,088.73 |
| Lelenewski, Kris | 20 | 1,347.00 | 399.28 | 0 | 947.72 | 10157 | 103.04 | 1,450.04 |
| Prasort, Jennifer | 30 | 600 | 103.49 | 0 | 436.52 | 10158 | 65.30 | 665.36 |
| Arroyo, William | 20 | 1,246.85 | 350.81 | 0 | 883.04 | 10147 | 95.38 | 1,342.33 |
| Kacamarczyk, Krzysztof | 34 | 740.85 | 178 | 0 | 562.85 | 10148 | 56.67 | 797.52 |
| Lelenewski, Kris | 11 | 600 | 166.91 | 0 | 573.94 | 10149 | 56.67 | 797.52 |
| Rodriguez, Emilio | 11 | 800 | 141.07 | 0 | 658.93 | 10150 | 87.15 | 887.15 |
| Samas, Efrain | 40 | 606.15 | 153.63 | 0 | 452.52 | 10151 | 48.37 | 632.30 |
| Arroyo, William | 9 | 1,246.50 | 363.66 | 0 | 882.82 | 10142 | 95.35 | 1,341.85 |
| Kacamarczyk, Krzysztof Joel | 24 | 394.2 | 64.01 | 0 | 240.19 | 10143 | 33.14 | 330.34 |
| Kacamarczyk, Krzysztof | 6.5 | 1,657.66 | 405.33 | 0 | 1,204.39 | 10144 | 128.81 | 1,784.47 |
| Lelenewski, Kris | 24.5 | 1,352.33 | 355.18 | 0 | 997.00 | 10145 | 103.45 | 1,455.78 |
| Samas, Efrain | 20 | 1,176.05 | 55.08 | 0 | 952 | 10146 | 114.66 | 1,290.71 |
| Arroyo, William | 20 | 304.2 | 270.82 | 0 | 820.87 | 10134 | 33.7 | 327.47 |
| Arroyo, William | 6.5 | 1,012.50 | 82.08 | 0 | 249.12 | 10135 | 23.27 | 1,089.96 |
| Kacamarczyk, Krzysztof | 8.5 | 440.44 | 299.52 | 0 | 348.36 | 10139 | 77.46 | 474.14 |
| Kacamarczyk, Krzysztof | 19 | 1,150.28 | 91.36 | 0 | 850.76 | 10136 | 3.7 | 1,326.26 |
| Lelenewski, Kris | 8.5 | 440.44 | | 0 | 349.08 | 10138 | 38.7 | 474.14 |
| Lelenewski, Kris | 17 | 299.52 | 374.19 | 0 | 818.79 | 10137 | 98.3 | 1,303.28 |
| Samas, Efrain | 6.5 | 352.3 | 77.28 | 0 | 275.02 | 10140 | 36.25 | 388.56 |
| Samas, Efran | 19 | 1,284.08 | 182.85 | 0 | 521.75 | 10141 | 72.54 | 771.14 |
| Samas, Efran | 6.5 | 704.6 | | 0 | | | | |
| **Pay Frequency Totals: Weekly** | 491 | $24,781.78 | $6,608.93 | $0.00 | $18,172.85 | | $2,170.48 | $20,552.26 |

# EXHIBIT   "D"

Josue Arroyo                                          10/14/2019
2136 Haworth St
Philadelphia PA 19124

STATEMENT


I......Jose......Arroyo.................................know and understand that my brother William Arroyo
is not providing thru statement. He is accusing Krzysztof Kaczmarczyk of not paying overtime money. His
statement is due to his anger for not let him to stay in 1704 Foulkrod. I know my brother owed to
Krzysztof Kaczmarczyk money.

"I believe the facts stated in this document are true".


                                          ..................................................
                                          Josue Arroyo..........................................
                                          ...10 - 14 - 2019..............................

William Josue Arroyo Lopez

2162 E Cambria St

Philadelphia, PA 19134

04/30/2020

Dear Kris Kaczmarczyk

Aspen Construction Services Inc

I witness and conform that my father receives all off payments for hours work for you and Aspen, and that he requests and they have been paid with cash because he was afraid that additional income will cause him to lose retainment support.

Sincerely

William Josue Arroyo Lopez

State of: NJ                                    County Of: Mercer

This record was acknowledged before me on _____051011 2020_____ (Date)

By _William Josue Arroyo_____ (name of individual)

My commission expired: 04|29|2024

Signature _____

Stamp

KAMILA MASLOWSKA
Commission # 50103950
Notary Public, State of New Jersey
My Commission Expires
April 29, 2024

William Josue Arroyo Lopez

2162 E Cambria St

Philadelphia, PA 19134

04/30/2020

Dear Kris Kaczmarczyk

Aspen Construction Services Inc

Since I know that my brother William Arroyo is going to court against you and Aspen, I would like to offer you and Aspen my full support.

As I know and I witness William Arroyo on multiple occasion that his accusation is incorrect and that he was always paid for his worked hours, I also know that he asks you on multiple occasion to pay him with cash for child support purpose.

I also witness on multiple occasions that he tries to offer money to other employees including me if they will agree to testify and lie against you and Aspen.

I know that he become very angry with you when you evicted him from the house that u rent him despite, he never paid you for rent, and in me believe this is the reason why he is trying to heart you. I can only hope that some day soon he will realize that what he is doing is wrong and take responsibilities for his actions.

I would like you to know that I appreciate our long-time relationship despite the situation that William Arroyo – my brother put you in.

Sincerely

William Josue Arroyo Lopez

State of: NJ                    County Of: Mercer

This record was acknowledged before me on 05/01/2020 (Date)

By William Josue Arroyo (name of individual)

My commission expired: 04/29/2024

Signature

Stamp

KAMILA MASLOWSKA
Commission # 50103950
Notary Public, State of New Jersey
My Commission Expires
April 29, 2024

# EXHIBIT  "E"

Edward Osorio

3916 Glendale St

Philadelphia PA 19124

05/01/2020

Kris Kaczmarczyk

I would like to share with you my recent phone conversation with William Arroyo. He called me and offer $20,000.00 if I agree to go to court against you and Aspen, he also mentioned that if my dad will join, he will pay more. Since he and "Greg Walczak" mentioned by William over phone are trying to get as much people they can and they are willing to pay someone who agree to lie.

Aspen always paid me for all my working hours and I would never lie about that, but I can definitely say that I have not been paid by Greg Walczak for work I've done under his supervision on his projects.

Best regards

Edward Osorio

State of: NJ                                     County of: Mercer

This record was acknowledged before me on 05/01/20 (date)

by Edward Osorio _____ (name of individual)

My commission expired: 04/29/2024

Signature _____

Stamp: _____

KAMILA MASLOWSKA
Commission # 50103950
Notary Public, State of New Jersey
My Commission Expires
April 29, 2024

William Joel Arroyo

2502 Woodlawn Rd

Bristol, PA 19007

04/30/2020

Dear Kris Kaczmarczyk

Aspen Construction Services Inc

I witness and conform that my father receives all off payments for hours work for you and Aspen, and that he requests and they have been paid with cash because he was afraid that additional income will cause him to lose retainment support.

Sincerely

William Joel Arroyo

William Joel Arroyo

2502 Woodlawn Rd

Bristol, PA 19007

04/30/2020

Dear Kris Kaczmarczyk

Aspen Construction Services Inc

Since I know that my brother William Arroyo is going to court against you and Aspen, I would like to offer you and Aspen my full support.

As I know and I witness William Arroyo on multiple occasion that his accusation is incorrect and that he was always paid for his worked hours, I also know that he asks you on multiple occasion to pay him with cash for child support purpose.

I also witness on multiple occasions that he tries to offer money to other employees including me if they will agree to testify and lie against you and Aspen.

I know that he become very angry with you when you evicted him from the house that u rent him despite, he never paid you for rent, and in me believe this is the reason why he is trying to heart you. I can only hope that some day soon he will realize that what he is doing is wrong and take responsibilities for his actions.

I would like you to know that I appreciate our long-time relationship despite the situation that William Arroyo – my brother put you in.

Sincerely

William Joel Arroyo

# EXHIBIT   "F"

Javier Cruz Garcia

6715 Ditman Street

Philadelphia PA 19135

04/30/2020

Aspen Construction Services Inc

Attn: Kris Kaczmarczyk

I would like to bring to your attention that I have been approached by William Arroyo on multiple occasion.

William Arroyo try to convince me to join him in his untruly accusation against you and Aspen. He offers me money in return if I agree to testified that you didn't pay me fairly for my work. William explain that if I agree then all expenses including legal advice will be covered by Gregory Walczak, since it was Walczak idea to destroy you and your company. As William explained to me Walczak told him that if he will open another case against you then it will be obvious that they will win.

I know that you always value your employees and I believe all others have the same thoughts.

You are always paying us ferly and I can truly state that I received all my earnings.

Best regards

Javier Cruz Garcia

*Javier Cruz Garcia*

State of: NJ                                    County of: Mercer

This record was acknowledged before me on ___05/01/20___ (date)
by _Javier Cruz Garcia_____ (name of individual)

My commission expired: 04/29/2024

Signature _____

Stamp:

KAMILA MASLOWSKA
Commission # 50103950
Notary Public, State of New Jersey
My Commission Expires
April 29, 2024

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ARROYO, on behalf of Himself and all others similarly situated, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 219-cv-05317-JHS <br> : |
| ASPEN CONSTRUCTION SERVICES, INC. and KRZYSZTOF KACZMARCZYK, | : <br> : <br> : |
| Defendants. | : <br> : |

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on May 12, 2020, a true and correct copy of the foregoing Defendants' Opposition to Plaintiff's Motion for Conditional Certification and Facilitation of Court Authored Notice pursuant to 29 U.S.C. §2016 and supporting Memorandum of Law was served via the Court's e-filing system on the following:

> **Frank P. Spada, Jr., Esquire**
> **Semanoff Ormsby Greenberg & Torchia, LLC**
> **2617 Huntingdon Pike**
> **Huntingdon Valley, PA 19006**

COOPER LEVENSON, P.A.

By: _____

Dated: May 12, 2020

Nicholas J. Sansone, Esquire
PA Attorney ID No. 62323
Attorneys for Defendants, *Aspen Construction Services, Inc. and Krzysztof Kaczmarczyk*
1415 Marlton Pike East, Cherry Hill Plaza
Suite 205
Cherry Hill, NJ  08034
856-857-5508
nsansone@cooperlevenson.com