IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ARROYO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ASPEN CONSTRUCTION SERVICES, INC., et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 19-5317 |

# ORDER

**AND NOW**, this 31st day of July 2020, upon consideration of Plaintiff's Motion for Conditional Certification and Facilitation of Court-Authorized Notice and Plaintiff's Brief in Support of Their Motion for Conditional Certification and Facilitation of Court-Authorized Notice (Doc. No. 10); Defendants' Opposition to Plaintiff's Motion for Conditional Certification and Facilitation of Court-Authorized Notice (Doc. No. 14); Plaintiff's Reply in Support of His Motion for Conditional Certification and Facilitation of Court-Authorized Notice (Doc. No. 15); and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that the Motion for Conditional Certification and Facilitation of Court-Authorized Notice (Doc. No. 10) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Court conditionally certifies as set forth in the accompanying Opinion the collective action described in Plaintiff's Motion (Doc. No. 10).

2. No later than **August 31, 2020**, after meeting and conferring with counsel for Defendants regarding the form Notice, Plaintiffs shall submit to the Court a form Notice to be sent to all potential opt-in members of the collective action.  The Notice and Service of the Notice shall be consistent with the directives in the accompanying Opinion.

3. If the Court approves the form Notice, the Court will inform the parties. From the date of such approval, Defendant shall have **30 days** to provide Plaintiff's counsel with a list in readable electronic format containing the name, current or last known mailing address, current or last known email address, current or last known phone number, date of employment, employee identification number, if any, the last four digits of the social security number, job title, and date of birth of all persons employed by Defendant as an hourly-paid mason/laborer on or after July 30, 2017, so that Plaintiff may serve the Notice once the Court approves the form.

4. The Court denies Plaintiff's request for limitation of communication between Defendants and putative plaintiffs.

BY THE COURT:

/s/Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.