IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ARROYO,<br><br>              Plaintiff,<br><br>   v.<br><br>ASPEN CONSTRUCTION SERVICES, INC., et al.,<br><br>              Defendants. | CIVIL ACTION<br>NO. 19-5317 |

**ORDER**

**AND NOW**, this 30th day of July 2021, it is **ORDERED** that the Motion for Partial Summary Judgment filed by Defendants Aspen Construction Service, Inc. and Krzysztof Kaczmarczyk (Doc. No. 26) is **GRANTED**.[1]

BY THE COURT:

/s/ Joel H. Slomsky\_\_\_\_
JOEL H. SLOMSKY, J.

---

[1] On June 14, 2021, Defendants Aspen Construction Service, Inc. and Krzysztof Kaczmarczyk filed their Motion for Partial Summary Judgment seeking dismissal of claims against potential class members, other than Plaintiff William Arroyo, who failed to opt into the class by the December 22, 2020 deadline. (See Doc. No. 26 at 11.) Neither Plaintiff Arroyo nor any potential class members have opposed the Motion.

1